**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**SAN ANTONIO, TX 78205**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **A'GACI, L.L.C.** | § | **CASE NO.  19-51919-RBK** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |
| | § | |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to § 1102(a)(1) and (b)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the following eligible creditors of the above-named debtor to the Committee of Unsecured Creditors in the above captioned case.

1.    Brookfield Property REIT, Inc.
      Contact: Julie Minnick Bowden
      350 N. Orleans St, Suite 300
      Chicago, IL 60654-1607
      Email: Julie.Bowden@brookfieldpropertiesretail.com

2.    Chocolate USA
      Contact: Daniela Lee
      1150 S. Crocker St.
      Los Angeles, CA  90021
      (213) 747-0700
      Email: danileechocolate@gmail.com

3. Love Letter Collection
   Contact: Brian Park
   755 E. 12th St.
   Los Angeles, CA  90021
   (213) 746-5502
   Email: info@lovelettercollection.com

4. Simon Property Group
   Contact: Ronald Tucker
   225 West Washington Street
   Indianapolis, IN  46204
   (317) 263-2346
   Email: rtucker@simon.com

5. YMI Jeanswear, Inc.
   Contact: Eli Petel
   1155 S. Boyle Avenue
   Los Angeles, CA  90023
   (323) 581-7700
   Email: eli.petel@yahoo.com

Respectfully submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
Region 7
Southern and Western Districts of Texas


By: //s//Kevin M. Epstein
    Kevin M. Epstein
    Trial Attorney
    Texas Bar No. 00790647
    615 E. Houston, Rm. 533
    San Antonio, TX 78205
    (210) 472-4640
    (210) 472-4649 Fax
    E-mail: Kevin.M.Epstein@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment</u> <u>of Committee of Unsecured Creditors</u> has been served upon each member of the committee of unsecured creditors by email at the addresses listed above and on all the parties on the Limited Service List either electronically through the Court's CM/ECF system or by first class mail on this the 20th day of August, 2019.

<u>/s/ Kevin M. Epstein</u>
Kevin M. Epstein
Trial Attorney

| | | |
|---|---|---|
| Debtors<br>A'GACI L.L.C.<br>4958 Stout Dr.<br>Ste. 113<br>San Antonio TX 78219-4400 | Top 20 Unsecured Creditor<br>Almost Famous<br>Attn: Marc Wasserman, CFO<br>270 West 38th Street<br>19th Floor<br>New York NY 10018 | Top 20 Unsecured Creditor<br>Ambiance Apparel<br>Attn: President or General Counsel<br>2415 E. 15th Street<br>Los Angeles CA 90021 |
| Secured Creditor<br>Apple Financial Services by De Lage Landen Financial<br>Services<br>Attn: President or General Counsel<br>PO BOX 41602<br>Philadelphia PA 19101-1602 | Counsel to EklecCo NewCo LLC<br>Barclay Damon, LLP<br>Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse NY 13202 | Counsel to Brookfield Property REIT, Inc.<br>Brookfield Property REIT, Inc.<br>Attn: Kristen N. Pate<br>350 N. Orleans Street<br>Suite 300<br>Chicago IL 60654-1607 |
| State of California Consumer Information Division<br>California Department of Consumer Affairs<br>Attention Bankruptcy Dept<br>1625 N. Market Blvd., Suite N 112<br>Sacramento CA 95834 | Counsel to the DIP Agent and the Prepetition Agent<br>Choate, Hall & Stewart LLP<br>Attn: John F. Ventola<br>Two International Place<br>Boston MA 02110 | Top 20 Unsecured Creditor<br>Chocolate U.S.A.<br>Attn: President or General Counsel<br>1150 Crocker St.<br>Los Angeles CA 90021 |
| Secured Creditor<br>Cisco Capital Systems<br>Attn: President or General Counsel<br>PO Box 41602<br>Philadelphia PA 19101 | Commonwealth of Puerto Rico<br>Attention Bankruptcy Dept<br>Apartado 9020192<br>San Juan PR 00902-0192 | Secured Creditor<br>Dahill Industries<br>Attn: President or General Counsel<br>P.O. Box 205354<br>Dallas TX 75320-5354 |
| Top 20 Unsecured Creditor<br>Deerbrook Mall, LLC<br>c/o Brookfield Properties<br>Attn: Stacie L. Herron, General Counsel<br>350 N. Orleans St., Ste 300<br>Chicago IL 60654-1607 | Top 20 Unsecured Creditor<br>Dolphin Mall Associates, LLC<br>c/o Taubman<br>200 E. Long Lake Rd.<br>Ste. 300<br>Bloomfield Hills MI 48304 | Counsel to SB360 Capital Partners, LLC and Hilco<br>Merchant Resources<br>Dykema Gossett PLLC<br>Patrick L. Huffstickler<br>112 E. Pecan Street<br>Suite 1800<br>San Antonio TX 78205 |
| State of Florida Consumer Protection Division<br>Florida Office of the Attorney General<br>Attention Bankruptcy Dept<br>PL-01 The Capitol<br>Tallahassee FL 32399-1050 | Counsel to Washington Prime Group<br>Frost Brown Todd LLC<br>Ronald E. Gold & A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | Top 20 Unsecured Creditor<br>Haynes & Boone, LLP<br>Attn: Stacy L. Brainin, General Counsel<br>P.O. Box 841399<br>Dallas TX 75284-1399 |
| State of Illinois Consumer Fraud Bureau<br>Illinois Office of the Attorney General -Chicago<br>Attention Bankruptcy Dept<br>100 W. Randolph St.<br>Chicago IL 60601 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Counsel to MXLI, LLC<br>Jack O'Boyle & Associates<br>Attn: Jack O'Boyle<br>P.O. Box 815369<br>Dallas TX 75381 | Counsel to Brookfield Property REIT, Inc.<br>Kelley Drye & Warren LLP<br>Attn: Robert L. LeHane<br>101 Park Avenue<br>New York NY 10178 | Top 20 Unsecured Creditor<br>Kurtzman Carson Consultants LLC<br>Attn: Drake Foster, General Counsel<br>75 Rowland Way #250<br>Novato CA 94945 |
| Counsel to Debtor<br>Law Offices of William B. Kingman, PC<br>Attn: Eric Terry<br>3511 Broadway<br>San Antonio TX 78209 | Counsel to Project 28 Clothing LLC<br>Lazarus & Lazarus, P.C.<br>Attn: Harlan M. Lazarus<br>240 Madison Avenue<br>8th Floor<br>New York NY 10016 | Counsel to Bexar County<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Don Stecker<br>711 Navarro Street<br>Ste 300<br>San Antonio TX 78205 |
| Counsel to Smith County, Tarrant County and Dallas<br>County<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | Counsel to Cameron County, Hidalgo County, City of<br>McAllen and San Marcos CISD<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | Counsel to Cypress-Fairbanks ISD, Fort Bend County<br>and Harris County<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 |

| | | |
|---|---|---|
| Top 20 Unsecured Creditor<br>Love Letter Collection J & K Clothing Inc. dba Love Letter Coll<br>Attn: President or General Counsel<br>755 E. 12th Street<br>Los Angeles CA 90021 | Top 20 Unsecured Creditor<br>Love Note dba Skylar Rose<br>Attn: President or General Counsel<br>3015 S. Alameda St.<br>Los Angeles CA 90058 | Top 20 Unsecured Creditor<br>Macerich South Plains LP<br>c/o Macerich<br>401 Wilshire Blvd.<br>Ste. 700<br>Santa Monica CA 90401 |
| Interested Party<br>Montgomery McCracken<br>Maura Russell<br>437 Madison Avenue<br>New York NY 10022 | Top 20 Unsecured Creditor<br>Mythics Inc.<br>Attn: Rick Welborn, CFO<br>4525 Main Street<br>Ste. 1500<br>Virginia Beach VA 23462 | State of Nevada Consumer Protection Division<br>Nevada Department of Business and Industry<br>Attention Bankruptcy Dept<br>Fight Fraud Task Force<br>555 E. Washington Ave.<br>Las Vegas NV 89101 |
| Top 20 Unsecured Creditor<br>North Star Mall, LLC<br>c/o Brookfield Properties<br>Attn: President or General Counsel<br>350 N. Orleans St., Ste 300<br>Chicago IL 60654-1607 | Top 20 Unsecured Creditor<br>Nylon Apparel Inc.<br>Attn: President or General Counsel<br>777 E. 12th St. #1-16<br>Los Angeles CA 90021 | State of Minnesota Consumer Services Division<br>Office of the Attorney General<br>Attention Bankruptcy Dept<br>1400 Bremer Tower<br>445 Minnesota St.<br>St. Paul MN 55101 |
| Office of the United States Trustee<br>Attn: Kevin M Epstein<br>615 E. Houston<br>Suite 533<br>San Antonio TX 78205 | Office of the US Attorney General<br>Attn:  Department of Justice<br>950 Pennsylvania Avenue N.W.<br>Washington DC 20530 | Counsel to LCG Stout Drive, LLC<br>Palter Sims Martinez PLLC<br>Attn: Kimberly M.J. Sims<br>8115 Preston Road<br>Suite 600<br>Dallas TX 75225 |
| Top 20 Unsecured Creditor<br>Parks at Arlington, LLC<br>Attn: President or General Counsel<br>350 N. Orleans St.<br>Ste. 300<br>Chicago IL 60654-1607 | Counsel to Lubbock Central Appraisal District Midland County<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | Counsel to Tyler Independent School District<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Tab Beall<br>PO Box 2007<br>Tyler TX 75710-2007 |
| Counsel to Arlington ISD, Crowley ISD, City of Grapevine, Grapevine-Colleyville ISD<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>Attn: Eboney Cobb<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | Counsel to Maverick County<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>Attn: Carlos M. Arce<br>613 NW Loop 400<br>Suite 550<br>San Antonio TX 78216 | Counsel to Alief Independent School District, Humbled Independent School District, City of Houston, City of Katy, Katy Management District #1, Brazoria County Tax Office<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>Attn: Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 |
| Claims Agent<br>Prime Clerk LLC<br>Attn: Richard M. Allen<br>60 E 42nd Street<br>Ste. 1440<br>New York NY 10165 | Counsel to Second Avenue Capital Partners, LLC<br>Second Avenue Capital Partners, LLC<br>Choate, Hall & Stewart LLP<br>Attn: John F. Ventola & Jonathan D. Marshall<br>Two International Place<br>Boston MA 02110 | Counsel to Second Avenue Capital Partners, LLC<br>Second Avenue Capital Partners, LLC<br>Jackson Walker LLP<br>Attn: J. Scott Rose<br>112 E. Pecan Street, Suite 2400<br>San Antonio TX 78205 |
| Counsel to Second Avenue Capital Partners, LLC<br>Second Avenue Capital Partners, LLC<br>Jackson Walker LLP<br>Attn: Jennifer F. Wertz<br>100 Congress, Suite 1100<br>Austin TX 78701 | Counsel to Second Avenue Capital Partners, LLC<br>Second Avenue Capital Partners, LLC<br>Jackson Walker LLP<br>Attn: Vienna F. Anaya<br>2323 Ross Avenue, Suite 600<br>Dallas TX 75201 | Secured Creditor<br>Second Avenue Capital Partners, LLC<br>Mark Gallivan<br>75 Second Avenue<br>Suite 550<br>Needham MA 02494 |
| Securities & Exchange Commission<br>Attn Bankruptcy Department<br>100 F St NE<br>Washington DC 20549 | Securities & Exchange Commission - Fort Worth Office<br>Attn Bankruptcy Department<br>Burnett Plaza<br>801 Cherry St Ste 1900 Unit 18<br>Fort Worth TX 76102 | Securities & Exchange Commission - NY Office<br>Attn Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 |
| Interested Party<br>Sierra Constellation Partners<br>Roger Gorog<br>700 MILAM, SUITE 1300<br>THE PENNZOIL BUILDING, NORTH TOWER<br>Houston TX 77002 | Top 20 Unsecured Creditor<br>Simon Property Group (TX), LP<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington St.<br>Indianapolis IN 46204-3438 | Top 20 Unsecured Creditor<br>SSG Advisors LLC<br>Attn: Teresa C. Kohl and J. Scott Victor<br>300 Barr Harbor Drive<br>Five Tower Bridge, Suite 420<br>Conshohocken PA 19428 |

State of California Attorney General
Attention Bankruptcy Dept
P.O. Box 944255
Sacramento CA 94244-2550

State of Florida Attorney General
Attention Bankruptcy Dept
The Capitol, PL 01
Tallahassee FL 32399-1050

State of Illinois Attorney General
Attention Bankruptcy Dept
100 West Randolph Street
Chicago IL 60601

State of Minnesota Attorney General
Attention Bankruptcy Dept
1400 Bremer Tower
445 Minnesota Street
St. Paul MN 55101-2131

State of Nevada Attorney General
Attention Bankruptcy Dept
100 North Carson Street
Carson City NV 89701

State of Tennessee Attorney General
Attention Bankruptcy Dept
P.O. Box 20207
Nashville TN 37202-0207

State of Texas Attorney General
Attention Bankruptcy Dept
Capitol Station
PO Box 12548
Austin TX 78711-2548

Top 20 Unsecured Creditor
Sunrise Mills (MLP), LP
Attn: President or General Counsel
225 West Washington St.
Indianapolis IN 46204-3438

Counsel to Taubman Landlords
Taubman Landlords
Attn: Andrew S. Conway, Esq.
200 East Long Lake Road
Suite 300
Bloomfield Hills MI 48304

Secured Creditor
TCF Equipment Finance
Attn: President or General Counsel
11100 Wayzata Blvd
Ste 801
Minnetonka MN 55305

Secured Creditor
Tejas Software
Attn: President or General Counsel
7600 E Arapahoe Rd
Ste 303
Centennial CO 80112

State of Tennessee Consumer Affairs Division
Tennessee Department of Commerce and Insurance
Attention Bankruptcy Dept
500 James Robertson Pkwy., 12th Floor
Nashville TN 37243-0600

Texas Attorney General
Civil Division
PO Box 12548
Austin TX 78711-2548

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy Section
PO Box 13528 Capitol Station
Austin TX 78711

State of Texas Consumer Protection Division
Texas Office of the Attorney General
Attention Bankruptcy Dept
PO Box 12548
Austin TX 78711-2548

Texas Secretary of State
Attn Bankruptcy Department
PO Box 12079
Austin TX 78711-2079

Counsel to The Comptroller of Public Accounts of the
State of Texas
The Comptroller of Public Accounts of the State of
Texas
Bankruptcy & Collections Division MC 008
Attn: Christopher S. Murphy
P.O. Box 12548
Austin TX 78711-2548

US Attorney for the Western District of Texas
Attn Bankruptcy Department
816 Congress Avenue
Suite 1000
Austin TX 78701

Secured Creditor
Vonage Business Inc
Attn: President or General Counsel
PO BOX 392415
Pittsburgh PA 15251-9415

Top 20 Unsecured Creditor
Wax Jean
Attn: President or General Counsel
2415 E. 15th Street
Los Angeles CA 90021

Top 20 Unsecured Creditor
Willowbrook Mall (TX), LLC
Attn: President or General Counsel
350 N. Orleans St.
Ste. 300
Chicago IL 60654-1607

Top 20 Unsecured Creditor
YMI Jeanswear Inc.
Attn: President or General Counsel
1155 S. Boyle Avenue
Los Angeles CA 90023