IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-51919-RBK |
| A'GACI, L.L.C., | § | |
| | § | CHAPTER 11 PROCEEDING |
| Debtor | § | |

AGENDA OF MATTERS SCHEDULED FOR HEARING
August 28, 2019

**Matters Set for 2:00 p.m.**

**UNCONTESTED MATTERS**

A. **OMNIBUS LEASE REJECTION MOTION**

Debtor's First Omnibus Motion for Order Authorizing Rejection of Certain Unexpired Leases of Non-Residential Real Property on August 30, 2019 and to Abandon Related Personal Property [Docket No. 58]

Response Deadline:   Prior to hearing

Status:   Going forward

B. **UTILITY MOTION**

Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Adequate Assurance of Payment [Docket No. 78]

Response Deadline:   Prior to hearing

Status:   Going forward

C. **ENFORCING AUTOMATIC STAY MOTION**

Debtor's Emergency Motion for an Order Enforcing the Automatic Stay [Docket No. 96]

Response Deadline:   Prior to hearing

Status:   Going forward

# CONTESTED MATTERS

D. **CONSULTING MOTION**

Emergency Motion for Entry of Interim and Final Orders (i) Authorizing the Debtor to Assume the Consulting Agreement; (ii) Approving Procedures for Store Closing Sales; (iii) Approving the Sale of Store Closure Assets Free and Clear of All Liens, Claims and Encumbrances; (iv) Waiving Compliance with Applicable Leases and State Laws and Approving Dispute Resolution Procedures; and (V) Granting Related Relief [Docket No. 48]

Response Deadline: Prior to hearing

Status: Going forward

Related Matters: Interim Order Approving Consulting Motion [Docket No. 30]


E. **DIP MOTION**

Debtor's Motion Seeking Entry of Interim and Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364 And 507(I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Granting Related Relief, and (VII) Scheduling a Final Hearing [Docket No. 5]

Response Deadline: Prior to hearing

Status: Going forward

Related Matters: Interim Order approving DIP Motion [Docket No. 29]


RESPECTFULLY SUBMITTED this 27th day of August 2019.

/s/ Eric Terry
Eric Terry (TX Bar No. 00794729)
**ERIC TERRY LAW, PLLC**
3511 Broadway Street
San Antonio, Texas
78029
Telephone: (210) 468-8274
Facsimile: (210)319-5447
*Proposed Counsel to the Debtor and Debtor in Possession*