**The relief described hereinbelow is SO ORDERED.**

**Signed October 02, 2019.**



_____
**Ronald B. King
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| A'GACI, L.L.C. | § | CASE NO. 19-51919-RBK |
|    DEBTOR. | § | |
| | § | CHAPTER 11 |
| | § | |

### ORDER GRANTING MOTION TO EXPEDITE MOTION TO CONVERT

CAME ON TO BE CONSIDERED the *Motion to Expedite Motion to Convert* (the "Motion") filed by Creditor Second Avenue Capital Partners, LLC ("Second Avenue") requesting expedited consideration of the *Expedited Motion of Second Avenue Capital Partners to Convert Chapter 11 Case to Case under Chapter 7* (the "Motion to Convert") [Docket No. 229]. The Court finds that the Motion should be granted as set forth below; it is therefore

ORDERED that the Motion

1. The Motion is hereby granted in its entirety.

2. **A hearing on the Motion to Convert is hereby set for October 2, 2019 @10:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

3. Counsel to Second Avenue shall be responsible for serving notice of the expedited hearing.

###

ORDER PREPARED AND SUBMITTED BY:


/s/ *J. Scott Rose*
J. Scott Rose (TX Bar No. 17252800)
Jennifer F. Wertz (TX Bar No. 24072822)
**JACKSON WALKER LLP**
112 East Pecan Street
Suite 2400
San Antonio, Texas 78205
Telephone: (210) 978-7760

-and-

John F. Ventola (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000

**COUNSEL FOR SECOND AVENUE CAPITAL PARTNERS, LLC**