IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| A'GACI, L.L.C. | § | Case No. 19-51919-RBK |
| | § | |
| *Debtor.* | § | Chapter 11 |

**EXPEDITED MOTION TO COMPROMISE AND SETTLE CLAIMS AGAINST SECOND AVENUE PARTNERS PURSUANT TO BANKRUPTCY RULE 9019**

TO THE HONORABLE H. RONALD B. KING, U. S. BANKRUPTCY JUDGE:

COMES NOW Randolph N. Osherow, the duly appointed Chapter 7 Trustee, by and through his attorney, and pursuant to Federal Rule of Bankruptcy Procedure 9019, files this *Trustee's Motion to Compromise and Settlement Claims With Second Avenue Partners Pursuant to Bankruptcy Rule 9019* (the "Motion"), and would respectfully show the Court as follows:

## I.
## INTRODUCTION

1. The Chapter 7 Trustee seeks approval of and authority to enter into a settlement (the "Agreement") with Second Avenue Capital Partners ("Second Avenue") pursuant to Rule 9019. The proposed Agreement will result in prompt payment of substantial administrative liabilities of the estate and the immediate resolution of what is certain to be protracted and costly litigation. Accordingly, and as set forth herein, the Chapter 7 Trustee believes that the t Agreement should be approved pursuant to Rule 9019.

## II.
## JURISDICTION

2. This Court has jurisdiction to consider this matter under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b).

3. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

4. Relief is sought pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

- 1 -

24532724v.3 155476/00001

## III.
## BACKGROUND

5. This case was filed as a chapter 11 bankruptcy on August 7, 2019. Significant events occurred during the pendency of the Chapter 11 proceeding of which this Court is fully aware.

6. On October 4, 2019, the case was converted to chapter 7, at which time Randolph N. Osherow was appointed as Chapter 7 Trustee and continues to act in that capacity.

## IV.
## TERMS OF SETTLEMENT

7. The proposed Agreement resolves complicated and likely protracted litigation with Second Avenue, litigation in which a legal or financial success for the estate is far from certain. The Chapter 7 Trustee believes the Agreement is in the best interest of this chapter 7 estate. As will be more fully set forth in a form of order agreed to by the parties, the respective terms of the compromise are as follows:

Second Avenue will:

a) Purchase the allowed claim of Hilco/SB360 and be subrogated to its right of distribution from the estate with the same priority as if the claim remained with Hilco/SB360.

b) Purchase the asserted claim of SierraConstellation Partners and such claim shall be withdrawn and disallowed as to the Debtor.

c) Purchase the allowed claims of Debtor's employees. Procedurally, Second Avenue shall fund the payment of such claims by delivering payment to the Trustee, of aggregate amount of $374,799.63. Said payment shall be wired to the Trustee within fifteen (15) days after the date this Motion is approved by this Court. If the fifteenth day falls on a weekend or holiday, the funds shall be wired to the Trustee on the next business day after the fifteenth day. Second Avenue shall be subrogated to the right of distribution from the estate with the same priority as if the claims remained with the individual employees.

d) Pay fifty percent (50%) of the allowed estate sales tax liability to the State of Texas, up to a maximum payment of $200,000.00, with a right of subrogation with the same priority as if the claims remained with the State of Texas.

e) Pay Simon Property Company $50,000.00 on its allowed administrative claim with a "last-out" right of subrogation to any distribution from the estate with the same priority as if the total amount of the claim had remained with Simon Property Company.

24532724v.3 155476/00001

f) The Trustee shall be allowed to keep the sum of $11,193.92 from the cash collateral account previously held by JP Morgan Chase as account# 8570. The remaining sum of $11,193.92 shall be delivered by the Trustee to Second Avenue on its secured claim.

The Trustee will:

a) Assign to Second Avenue all of the Debtor's interest in the following property: i) claims against Visa and MasterCard asserted as part of a class action, ii) right to funds of any credit card account holdback, except to the funds discussed in subparagraph f) above; and iii) claim against Debtor's insurer relating to property and income loss arising from weather damage incurred by the Debtor in its Puerto Rico stores, including any records necessary to assert and prosecute such claims.

b) Subject to its payment as required in subparagraph d) above, release Second Avenue of any claim owned by the estate and warrant to Second Avenue that any liability under the Adversary Proceeding filed by the State of Texas with respect to state sales tax shall be released. The estate shall pay 100% of any legal fees and expenses incurred by the estate to challenge the liability. In such event, the Trustee will maintain sufficient funds to pay the full potential amount of such sales tax liability.

c) Release SierraConstellation Partners of any and all liability for both pre-petition and post-petition claims including but not limited to an avoidable preference under Section 547 of the Bankruptcy Code. In consideration therefor, SierraConstellation Partners shall make reasonable efforts to provide sufficient documentation to the Trustee to assist in the filing of a proof of claim by the Texas Attorney General for any sales tax liability. Subject to this Motion under Bankruptcy Rule 9019 being approved by this Court, SierraConstellation Partners shall withdraw *Application to Employ and Retain SierraConstellation Partners LLC as Financial Advisors to Debtor Pursuant to Section 327(a)* [Docket# 71].

d) Release Simon Property Company from any liability for pre-petition conduct under the debtor's leases with Simon Property Company.

e) Dismiss the pending "Motion to Reconsider" pending as docket # 168, with prejudice to refiling of same, the effect of which shall render the Final DIP Order, docket# 144 to become a final order and the Challenge period as that term is defined within Paragraph 36 of the DIP Order shall be deemed to have terminated.

## V.
## REQUESTED RELIEF

8. By this Motion, the Chapter 7 Trustee respectfully requests entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure approving and authorizing him to enter into the Agreement and resolving the claims pursuant to the terms set forth herein. The Chapter 7 Trustee also requests that the order approving this settlement authorize him to execute such documents as he, in his judgment, deems necessary to effectuate the settlement, including but not limited to any settlement or release agreements that may be required to fully effectuate this settlement.

- 3 -

# VI.
# GROUNDS FOR RELIEF

9. Rule 9019(a) of the Federal Rules of Bankruptcy Procedure provides in relevant part that on motion by a trustee and after notice and a hearing the court may approve a compromise or settlement. "Settlements and compromises are a normal part of the process of reorganization." *Protective Comm. Four Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 428 (1968) (quoting *Case v. The Los Angeles Lumber Prod. Co.*, 308 U.S. 106, 130 (1939).

10. The decision whether to approve a particular settlement lies within the discretion of the Bankruptcy Court. *American Can Co. v. Herpel, (In re: Jackson Brewing Co.)*, 624 F.2d 605, 607 (5th Cir. 1980). "A reviewing court will uphold the approval of a settlement if it is the result of adequate and intelligent consideration of the merits of the claims, the difficulties of pursuing them, the potential harm to debtor's estate caused by the delay, and the fairness of the terms of the settlement." *TMT Trailer Ferry, Inc.*, 390 U.S. at 434.

11. The Fifth Circuit has held that in deciding whether to approve a settlement, courts should evaluate and set forth in comprehensive fashion:

   a. probability of success in the litigation, with due consideration for the uncertainty in fact and law;

   b. the complexity and likely duration of the litigation and any intended expenses, inconvenience, and delay; and

   c. all other facts bearing on the wisdom of the compromise.

*In re Jackson Brewing Co.*, 624 F.2d at 607-08.

12. The Trustee believes that the proposed settlement is in the best interest of the Chapter 7 Estate because it results in a fair and equitable compromise after consideration of the aforementioned factors. Further, it resolves a multi-faceted legal dispute with Second Avenue, which could be both lengthy and costly, and it facilitates payment of certain claims. Additionally, the proposed settlement will benefit the Chapter 7 Estate through Second Avenue's payment of a portion of the Sales Tax

Liability as set forth in the Settlement Agreement. Therefore, in the Trustee's assessment, this settlement results in significant savings to the Chapter 7 Estate and its creditors.

**Probability of Success on the Merits:**

13. This matter is contested by the parties. All parties and their respective counsel believe that they will prevail on the merits. The Trustee, in exercising his business judgment, believes that the proposed settlement will adequately compensate the estate and reduce the risk to the Chapter 7 Estate. Further, the Chapter 7 Estate has limited resources to fund any of the litigation. The Trustee prefers to allocate resources to the payment of claims rather than to fund speculative litigation that may not yield an economic benefit to the Chapter 7 Estate. The Trustee, having reviewed the matter, has determined that the risk of prevailing, as with all litigation, is questionable and the associated cost will redound to the detriment of the Chapter 7 Estate.

**Other Factors:**

14. In addition to contributing to the prompt administration of this Chapter 7 Estate, approval of and authority to enter into the Agreement allows the Trustee to pay claims more expeditiously than if the Trustee were required to fully litigate the lawsuits.

15. It is the sound business judgment of the Chapter 7 Trustee, after thorough consideration of the aforementioned factors, that the proposed settlement is in the best interest of this Chapter 7 Estate. The Trustee submits that the terms of the proposed Agreement fall within the reasonable range of litigation possibilities as set forth in *TMT Trailer Ferry, Inc.*, supra.

**Relief Requested:**

16. In accordance with this Motion, the Chapter 7 Trustee seeks to compromise and settle claims between the parties as provided herein.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Randolph N. Osherow, Chapter 7 Trustee, respectfully requests that the Court grant this Motion to Settle and approve the proposed settlement under

24532724v.3 155476/00001

the terms set forth herein and for such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER, TURNER & ENGEL, LLP

By: /s/ *Steve Turner*
    Steve Turner
    State Bar No. 20341700
    Brian S. Engel
    State Bar No. 00789279
    3809 Juniper Trace, Suite 205
    Austin, Texas 78738
    Phone: (512) 687-2502
    Fax: (512) 477-1112
    SteveT@BDFGroup.com
    BrianEn@BDFGroup.com

ATTORNEYS FOR RANDOLPH N. OSHEROW, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on the 27th day of November, 2019, a true and correct copy of the foregoing document was served upon the parties on the attached mailing matrix via first class mail and by electronic means as listed on the Court's ECF noticing system or by regular first class U. S. Mail.

    /s/ *Steve Turner*
    Steve Turner

1054 Superba Avenue
8227 Sorenson Avenue
1054 Superba Avenue
Santa Fe Springs, CA 90670

A'Gaci LLC
12460 Network Blvd.
Suite #106
San Antonio, TX 78249-3366

A'Gaci
1500 AVE LOS ROMEROS APT 705
JARDINES MONTEHIEDRA
SAN JUAN PUERTO RICO 00926

Adriana Alejandra Hernandez
1615 Trinity St. Apt. #150
Eagle Pass, TX 78852-3548

AFCO Credit Corporation
C/O JOHNSTON PRATT PLLC
1717 MAIN STREET SUITE 3000
DALLAS, TX 75201

ALEJANDRA ALVAREZ
1800 E STEWART ST UNIT 127
LAREDO, TX 78043

Alejandro J Perez
1507 West Mesa Park Dr
Round Rock, TX 78664-3124

Alexa Jara
2525 Walters Way Apt#17
concord, CA 94520-3127

ALEXANDRA POLANCO
5921 LEE VISTA BLVD APT 305
Orlando, FL 32822-1511

ALEXIS DANIELLE RICE
253 CJ JONES COVE
CIBOLO, TX 78108

ALEXIS JACKSON
8936 GUARD HILL DRIVE
FORT WORTH, TX 76123

Alief Independent School District
P.O. Box 368
Alief, TX 77411-0368

Alief ISD, et al.
c/o Owen M. Sonik
1235 North Loop West, Suite 600
Houston, TX 77008-1772

ALLIE GARZON
1840 LEONARD LANE
LAS VEGAS, NV 89108-2329

Amanda N. Rivera
3000 Wheeling Ave.
El Paso, TX 79930-4320

Ambiance Apparel
2415 E. 15th Street
Los Angeles, CA 90021-2936

Andrea I Lee
5981 NW 32ND AVE
Miami, FL 33142-2118

ANDREA SANTOS
873 AVENUE B APT 2
EAGLE PASS, TX 78852

Arlington ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Armani Ortiz
15506 Morning Drive
Lutz, FL 33559-3225

ASTRID BETENCOURT
1843 CEDAR LAKE DR.
ORLANDO, FL 32824

Avenues Mall, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Azalia Martinez
1759 Rebecca Lane
Eagle Pass, TX 78852-1353

Beatriz Vazquez Castro
1586 Howard Ave
San Diego, CA 92173-1210

Beazley Execuguard
c/o Michael M. Parker
Norton Rose Fulbright US LLP
111 W. Houston Street, Suite 1800
San Antonio, TX 78205-1111

Bell TAD
c/o Tara LeDay
P. O. Box 1269
Round Rock, TX 78680-1269

Bexar County
c/o Don Stecker
711 Navarro, Suite 300
San Antonio, TX 78205-1749

BGE
PO Box 1475
Baltimore, MD 21203-1475

BLUE DOT USA INC.
DBA WAX JEAN
2415 E 15TH STREET
LOS ANGELES, CA 90021

Bobby Lopez
3510 pine st
Laredo, TX 78046-6300

Brazoria County Tax Office
Ro'vin Garrett, PCC
111 E locust
Angleton, TX 77515-4642

Brenda Michelle Gutierrez
13949 Bammel North Houston Rd 413
Houston, TX 77066-2936

Brookfield Property REIT, Inc.
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607
Attn: Bankruptcy Services

Cameron County Tax Assessor - Collector
C/O DIANE W SANDERS
LINEBARGER, GOGGAN BLAIR &
SAMPSON, PO BOX 17428
AUSTIN, TX 78760

Camila Pozo
3940 Sw 102 Ave Apt F123
Miami, FL 33165-4573

CAROLINE MERCED
MANSION DEL LAGO
126 CALLE LAGO CERILLOS
COTTO LAUREL, PR 00780

CITY OF EAGLE PASS
C/O DON STECKER
711 NAVARRO SUITE 300
SAN ANTONIO, TX 78205

CITY OF EL PASO
C/O DON STECKER
711 NAVARRO SUITE 300
SAN ANTONIO, TX 78205

City of Grapevine
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

City of Houston
Harris County Tax Assessor-Collector
1235 North Loop West, Suite 600
Houston, TX 77008-1772

City of Katy
1317 Eugene Heimann Circle
Richmond, TX 77469-3623

City of Katy
Michael J Darlow
1235 North Loop West Ste. 600
Houston, TX 77008-1772

CITY OF LOS ANGELES
OFFICE OF FINANCE
LOS ANGELES CITY ATTNY OFF
200 N MAIN SUITE 920
LOS ANGELES, CA 90012

City of McAllen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

City of Mercedes
c/o John T. Banks
3301 Northland Drive Suite 505
Austin, TX 78731-4954

CITY OF MESQUITE
& MESQUITE IND. SCHOOL DIST.
C/O GARY ALLMON GRIMES
120 N MAIN, #201
MESQUITE, TX 75149

Coral-CS Ltd. Associates
225 West Washington St
Bankruptcy Dept.
Indianapolis, IN 46204-3438

cristal loza
23024 yupon st
Porter, TX 77365-6284

Crowley ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Cypress Fairbanks ISD
C/O John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

DAREISHA RENTAS LINDBERTH
PO BOX 2017 Pmb 286
LAS PIEDRAS, PR, PA 00771

DAVID ESCAMILLA
TRAVIS COUNTY ATTORNEY
PO BOX 1748
AUSTIN, TX 78767

DAVID WON
10305 NW 63RD TERRACE
APT 207
DORAL, FL 33178-3317

Del Amo Fashion Center Op Company, LLC
Attn: Bankruptcy Dept.
225 West Washington Street
Indianapolis, IN 46204

DELISA GONZALEZ
34 PINAR DEL RIO
BROWNSVILLE, TX 78526

DEPARTMENT OF TAXATION
STATE OF HAWAII
ATTN; BANKRUPTCY UNIT
PO BOX 259
HONOLULU, HI 96809-0259

DEVON J EGGERT
C/O FREEBORN & PETERS, LLP
311 S WACKER DR. SUITE 3000
CHICAGO, IL 60606-6677

DHL eCommerce
P.O. Box 406222
Atlanta, GA 30384-6222

DRaye Rodriguez
4010 49th Street
Lubbock, TX 79413-3720

EAGLE PASS ISD
C/O DON STECKER
711 NAVARRO SUITE 300
SAN ANTONIO, TX 78205

| | | |
|---|---|---|
| EklecCo NewCo LLC<br>c/o Barclay Damon LLP<br>Attn: Kevin M. Newman<br>125 East Jefferson Street<br>Syracuse, NY 13202-2515 | ELIZABETH GUIFARRO<br>2310 FALLING OAK RD.<br>HOUSTON, TX 77038 | Elizabeth Ortiz<br>4523 Richland Chambers Ln.<br>Humble, TX 77396-1940 |
| Enchante Accessories Inc.<br>16 East 34th Street 16th Floor<br>New York, NY 10016-4359 | Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209-6513 | Esmeralda Isabel Chavarin<br>6819 Radio Dr<br>San Diego, CA 92114-1611 |
| Euler Hermes, N.A.<br>Insurance Co.<br>800 Red Brook Blvd<br>Owings Mills, MD 21117-5189 | Florida Mall Assoc., Ltd.<br>Attn; Bankruptcy Department<br>225 West Washington St<br>Indianapolis, IN 46204-3438 | Fort Bend County<br>C/O John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Gabriela E Martinez<br>2500 W MOUNT HOUSTON RD TRAILER 240<br>HOUSTON, TX 77038-3507 | Grapevine Mills Mall Limited Partnership<br>Bk Department<br>225 West Washington Street<br>Indianapolis, IN 46204 |
| Grapevine-Colleyville ISD<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 | Hays County<br>c/o Tara LeDay<br>P. O. Box 1269<br>Round Rock, TX 78680-1269 | HG Galleria, LLC<br>225 West Washington St<br>Indianapolis, IN 46204-3438 |
| Hidalgo County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | HILCO MERCHANT RESOURCES<br>C/O PATRICK L. HUFFSTICKLER<br>DYKEMA GOSSETT PLLC<br>112 E Pecan Street, Suite 1800<br>San Antonio, TX 78205 | Humble Independent School District<br>Carl O Sandin<br>1235 North Loop West Ste 600<br>Houston, TX 77008-1772 |
| Humble Independent School District<br>P.O. Box 4020<br>Houston, TX 77210-4020 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jazmine Pauline Ceniceros<br>1584 Catham Cir<br>El Paso, TX 79928-6901 | Jennifer Gutierrez<br>10630 Solera Ln<br>Houston, TX 77040-7102 | jerica batista<br>23939 clipper hill lane<br>spring, TX 77373-4101 |
| Jessika Ortiz<br>15506 Morning Drive<br>Lutz, FL 33559-3225 | Joannie L. Gaytan<br>281 Tanglewood<br>Eagle Pass, TX 78852-6712 | JOHNSON CONTROLS FIRE PROTECTION<br>BANKRUPTCY<br>50 TECHNOLOGY DRIVE<br>WESTMINSTER, MA 01441 |
| JULIE REGALADO | JULIE REGALADO<br>3860 SW 30th Street<br>HOLLYWOOD, CA 33023 | Karla Del Villar<br>15322 Blue Creek Ranch Dr<br>Houston, TX 77086-1120 |

Karla Garcia
1974 Lindburgh Cir
Eagle Pass, TX 78852-6020

KATHERINE MARTINEZ ANEIRO
URB. SANTA TERESITA 6531 CALLE
SAN ALVARO
PONCE, PR 00730-4409

Katy Management District #1
12841 Capricorn St.
Stafford, TX 77477-3912

Katy Management District #1(HFBM4)
Carl O Sandin
1235 North Loop West Ste. 600
Houston, TX 77008-1772

Kayrie Marto
1213 E. Susan Drive
Carson, CA 90745-1654

Kennisha Harris
100 Hollow Tree Ln Apt #1125
Houston, TX 77090-1717

Keter Environment Service
4 High Ridge Park, Suite 202
Stanford, CT 06905-1300

Kevin Hernandez Benites
13608 Sableglen St
Houston, TX 77014-2801

Kimberly Gonzalez Lerma
12627B Veterans Memorial DR
Houston, TX 77014-2101

Krystel Vasquez
1550 Juniper Twig Ave
Las Vegas, NV 89183-7116

Lakeline Developers
225 West Washington St
Indianapolis, IN 46204-3438

LANDLORDS-MACERICH CO ET AL
C/O DUSTIN P BRANCH
BALLARD SPAHR LLP
2029 CENTURY PARK EAST SUITE 800
LOS ANGELES, CA 90067-2909

LCG Stout Drive, LLC
c/o Kimberly Sims
Palter Sims Martinez PLLC
8115 Preston Road, Suite 600
Dallas, Texas 75225-6342

linda muth
8544 amber star street
las vegas, NV 89139-7044

(YOU REPRESENT MANY TAX ENTITIES)
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON,LLP
WESTON CENTRE
112 E PECAN STREET SUITE 2200
SAN ANTONIO, TX 78205

LOS ANGELES COUNTY TREASURER & TAX
COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

Mall at Ingram Park, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mall at Katy Mills, LP
BANKRUPTCY DEPT
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

Mall at Miami International, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mall at Midland Park, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mara Fernanda Holguin
325 Mariana Circle
El Paso, TX 79915-4508

Maria Carrillo Lugo
4512 commander drive apt.1715
Orlando, FL 32822-3501

Maria Fernanda Holguin
325 Mariana Circle
El Paso, TX 79915-4508

Maria J Vazquez
2793 W 74 terr
Hialeah, FL 33016-5433

Mariela Lopez
10019. Briarpark Trail Ln
Houston, TX 77064-4280

MARISOL PEREZ
117 LOS ANGELES DRIVE
EAGLE PASS, TX 78852

MARTIN TORRES
254 OLMITO STREET
BROWNSVILLE, TX 78521

Marylisa perez
1005 W. Rusk st.
Tyler, TX 75701-1428

Maverick County
c/o Carlos M. Arce
PBFCM, LLP
613 NW Loop 410, Ste. 550
San Antonio, TX 78216-5593

Mercedes Premium Outlets L.P.
BANKRUPTCY DEPT
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

Meybell Romero
PO BOX 2126
Missouri city, TX 77459-9126

Midland CAD
c/o Tara LeDay
P. O. Box 1269
Round Rock, TX 78680-1269

Midland County
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

MIRTA DE LA CARIDAD RODRIGUEZ
GONZALEZ, 421 NW 107th AVE.
APT. 204
MIAMI, FL 33172

MXLI, L.L.C.
P.O. Box 447
Odessa, FL 33556-0447

MXLI, LLC
Jack O'Boyle & Associates
P.O. Box 815369
Dallas, TX 75381-5369

Nadia Perez
125 W Barioni Blvd Apt 107
Imperial, CA 92251-1608

Norma Angelica Cortes Duenas
1991 Bandolier Ln
San Diego CA 92154-4239

olga ycra
2757 w 73 Place
Hialeah, FL 33016-5424

Priscilla Perez
P.O. Box 306
La villa, TX 78562-0306

Project 28 Clothing LLC
c/o LAZARUS & LAZARUS, P.C.
240 Madison Avenue, 8th Flr.
New York, NY 10016-2878
Attn: Harlan M. Lazarus, Esq.

PUERTO RICO ELECTRIC POWER
C/0 MARIA T GORBEA-BANKRUPTCY
OFFICE
PO BOX 364267
SAN JUAN, PR 00936

RAFAEL E MONTANEZ OCASIO
PLAZA 2 SA 44 MANSION DEL SUR 00949
TOA BAJA, PUERTO RICO 00949

RICHELLE ALEJO
127 BELLA DRIVE
DAVENPORT, FL 33837

San Marcos CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

San Marcos Premium Outlets, LP
225 West Washington St
Indianapolis, IN 46204-3438

Second Avenue Capital Partners, LLC
Attention: Mark Gallivan
75 Second Avenue, Suite 550
Needham Heights, MA 02494-2858

Second Avenue Capital Partners, LLC
Jennifer F. Wertz
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701-4042

SHELLY A. DEROUSSE
C/O FREEBORN & PETERS, LLP
311 S WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

SierraConstellation Partners
C/O LAW OFFICES OF WILLIAM B KINGMAN, PC
3511 BROADWAY
SAN ANTONIO, TX 78209

Simon Prop. Grp.(TX) LP
225 West Washington St
Bankruptcy Dept/Collections
Indianapolis, IN 46204-3438

SIMON PROPERTY GROUP
C/O LYNN H. BUTLER
HUSCH BLACKWELL LLP
111 CONGRESS AVE., SUITE 1400
AUSTIN, TX 78701

Smith County
Linebarger Goggan Blair & Sampson LLP
c/o Elizabeth Weller
2777 N Stemmons Frwy Suite 1000
Dallas, TX 75207

Spring Branch Independent School District
P.O. Box 19037
Houston, TX 77224-9037

State of Minnesota, Department of Revenue
Minnesota Revenue
PO Box 64447 - BKY
St. Paul, MN 55164-0447

State of Nevada Department of Taxation
555 E. Washington Ave. Ste. #1300
Las Vegas, NV 89101-1046

Sunny George Chandy
8425 Blazing Star Circle
Shakopee, MN 55379-3161

Sunrise Mills (MLP), LP
225 West Washington St
Indianapolis, IN 46204-3438

| | | |
|---|---|---|
| Tatiana Campos<br>9832 Trailing Daisy St.<br>Las Vegas, NV 89183-7126 | Tatiana nio<br>2300 ne 215 street<br>Aventura, FL 33180-1054 | TAUBMAN LANDLORDS<br>C/O ANDREW S. CONWAY, ESQ.<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 |
| TENNESSEE DEPARTMENT OF REVENUE<br>TDOR C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Texas Workforce Commission<br>TWC Building - Regulatory Integrity Div<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| THE COMPTROLLER OF PUBLIC ACCTS<br>STATE OF TEXAS<br>CHRISTOPHER MURPHY<br>BANKRUPTCY/PO BOX 12548<br>AUSTIN, TX 78711 | The Domain Mall, LLC<br>Attn: Bankruptcy Dept.<br>225 West Washington St<br>Indianapolis, IN 46204-3438 | ThyssenKrupp Elevator Corp.<br>c/o Law Office of D. Park Smith<br>250 Cherry Springs Road, Suite 200<br>Hunt, TX 78024-3010 |
| Tina Grubbs<br>104 Courtney Drive<br>Bullard, TX 75757-9708 | Tyler Independent School District<br>c/o Tab Beall<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 2007<br>Tyler, TX 75710-2007 | U.S. Trustee<br>Office of The U.S. Trustee<br>615 E Houston Street<br>San Antonio, TX 78205-2001 |
| UNSECURED CREDITORS COMMITTEE<br>C/O ELIZABETH L JANCZAK<br>FREEBORN & PETERS, LLP<br>311 S WACKER DR., SUITE 3000<br>CHICAGO, IL 60606-6677 | Victoria Becerra<br>562 calle de los santos apt 6<br>eagle pass, TX 78852-6185 | Viviana Rodriguez<br>605 Cancun Dr. APT 2<br>Pharr, TX 78577-2425 |
| Washington Prime Group Inc.<br>c/o Frost Brown Todd LLC<br>Ronald E. Gold<br>301 E. 4th Street<br>Cincinnati, Ohio 45202-4257 | Wendy E Quijada Bonilla<br>1567 Parkwood Place<br>Concord, CA 94521-2204 | Williamson County<br>c/o Tara LeDay<br>P. O. Box 1269<br>Round Rock, TX 78680-1269 |
| Wisconsain Department of Revenue<br>PO BOX 8901<br>Madison, WI 53708-8901 | Woodfield Mall, LLC<br>225 West Washington St<br>Indianapolis, IN 46204-3438 | Yadira Pino<br>2466 NW 102nd ST<br>MIAMI, FL 33147-1745 |
| Yalixa Gomez<br>5510 Somerville St.<br>Laredo, TX 78046-5199 | Yanis Robles<br>1136 monica rhia dr.<br>EAGLE PASS, TX 78852-5524 | |