**The relief described hereinbelow is SO ORDERED.**

**Signed December 18, 2019.**



_____
**Ronald B. King**
Chief United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | |
| § | | |
| **A'GACI, L.L.C.,** § | | **CASE NO. 19-51919-RBK** |
| § | | |
| **DEBTOR** § | | **CHAPTER 7** |

**ORDER DENYING COMPROMISE AND SETTLEMENT AGREEMENT**

On December 17, 2019 came on to be heard Chapter 7 Trustee, Randolph N. Osherow's *Expedited Motion to Compromise and Settle Claims Against Second Avenue Partners Pursuant to Bankruptcy Rule 9019* (ECF No. 317), and it appears to the Court that the *Motion* should be denied.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **DENIED**.

# # #