UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-51919-rbk |
| | § | |
| A'GACI, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | CHAPTER 7 PROCEEDING |

TRUSTEE'S MOTION TO SELL OR ABANDON, A'GACI INSURANCE CLAIM REGARDING LOSS SUFFERED IN PUERTO RICO, FREE AND CLEAR OF ALL LIENS AND INTERESTS(WITH 21-DAY LANGUAGE)

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of A'GACI, LLC, and files his Motion to Sell or Abandon, A'Gaci Insurance Claim Against QBE SEGUROS REGARDING LOSS SUFFERED IN PUERTO RICO, Free and Clear of All Liens and Interests. The Trustee would show the Court the following:

1.  On 8/7/19, a voluntary petition was filed initiating this case under Chapter 11 of the Bankruptcy Code. On 10/4/19 the case was converted to a Chapter 7 of the Bankruptcy Code and Randolph N. Osherow was appointed Trustee of Debtors' estate and continues to act in that capacity.

## I. PROPERTY TO BE SOLD

2.  The property of the estate to be sold by this Motion consists of the Debtor's property described as Insurance Claim Against QBE SEGUROS REGARDING LOSS SUFFERED IN PUERTO RICO and personal property in two (2) shipping containers in Puerto Rico, mostly clothing and shoes, some racks and tables and a few mannequins sitting in storage for 18 months.

This asset was scheduled unknown on Debtor's schedules.

3.  The Trustee proposes to sell or abandon the Debtor's interest in the Insurance Claim Against QBE SEGUROS, if anyone offers a bid sufficient to pay the bills owed to assemble and store the personal property specified above, of $97,907.45, plus $150.00 per day storage, plus pay some amount to the Bankruptcy Estate to cover administrative expenses and some return to general creditors, including Chapter 11 Administrative Claims.

## II. TRUSTEE'S ESTIMATED VALUE AND BASIS THEREOF

A copy of the proposed Order attached as Exhibit "A".

4. Debtor did not schedule this asset with a specific value. The Trustee believes the liquidation value of the insurance claim against QBE SEGUROS REGARDING LOSS SUFFERED IN PUERTO RICO to be unknown, as the attorneys working on the case refuse to work on the case on the case contingent fee basis and the insurance company will not pay, without further proof of loss of inventory. This inventory has long been seriously compromised in storage for more than 18 months and was put in storage wet after the 2017 Puerto Rico Hurricane, which may render a meaningful inventory impossible. This claim has no value to the Bankruptcy Estate, which is currently administratively insolvent and cannot prosecute the claim.

### III. MARKETING OF SAID PROPERTY

5. The Trustee has mailed notice to all parties requesting notice of Bankruptcy Sales and all creditors. If any party offers more than $100,000.00, then the Trustee will ask the Court to hold an open Auction in the Courtroom, presided over by the Bankruptcy Judge.

### IV. TAX CONSEQUENCES

6. The Trustee believes there are no tax consequences to this sale. The maximum tax gain is approximately 20% of the gross sales price.

### V. LIENS

7. The Trustee knows of no liens on the property, except the possible storage lien on clothes in shipping containers in Puerto Rico for $97,907.45.

### VI. ESTIMATED COST OF SALE AND NET TO THE ESTATE

8. The following estimated costs are related to this sale:

Sale (unknown at this time)

The estimated net to the general (priority and unsecured) creditors is approximately unknown. In the event no bids are received by the Trustee by January 10th, 2020, the bankruptcy estate's interest in the property specified, shall be abandoned as provided by §554 of Title 11, and the Trustee will advise the Company holding the goods that the Debtor will no longer be responsible of the storage of the goods described herein.

9. It is the Trustee's position that a sale in this manner is in the best interest of the estate and will net the estate the most money for distribution to creditors. A copy of this Motion is being forwarded to all creditors in accordance with Local Rule 9014.

WHEREFORE, PREMISES CONSIDERED, Trustee prays this Court enter an Order allowing and approving the sale as set forth above and authorizing the Trustee to execute the documents necessary to effectuate the sale of the Judgment and that an order be entered after twenty-one (21) days, unless an

objection is timely filed in accordance with Rule 9014.

Respectfully submitted this __19__ day of December, 2019.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-51919-rbk |
| | § | |
| A'GACI, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | CHAPTER 7 PROCEEDING |

ORDER DEEMING THE PROPERTY OF DEBTOR (QBE SEGUROS INSURANCE CLAIM REGARDING LOSS SUFFERED IN PUERTO RICO & CLOTHES, SHOES AND MISCELLANEOUS PERSONAL PROPERTY STORED IN TWO SHIPPING CONTAINERS)
ABANDONED -

On the day this Order was signed, came to be considered by the United States Bankruptcy Judge the Trustee's Motion to Sell or Abandon Property of Debtor – QBE SEGUROS INSURANCE CLAIM REGARDING LOSS SUFFERED IN PUERTO RICO AND CLOTHES AND SHOES AND MISCELLANEOUS PERSONAL PROPERTY STORED IN TWO (2) SHIPPING CONTAINERS, described in the Motion to Sell or Abandon, and Interests in Open Court. The Court having considered the Motion finds that the Trustee has received no offers to purchase the Cause of Action and the Clothes, which represent the loss to the Debtor.. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the QBE SEGUROS INSURANCE

**EXHIBIT "A"**

CLAIM REGARDING LOSS SUFFERED IN PUERTO RICO AND CLOTHES AND SHOES AND MISCELLANEOUS PERSONAL PROPERTY STORED AND HELD IN TWO (2) SHIPPING CONTAINERS held by BELFOR NATIONAL, are deemed ABANDONED.

# # #

RANDOLPH N. OSHEROW, Chapter 7 Trustee
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-51919-rbk |
| | § | |
| A'GACI, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | CHAPTER 7 PROCEEDING |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the MOTION TO SELL OR ABANDON PROPERTY OF DEBTOR FREE AND CLEAR OF ALL LIENS, was served upon the following parties in interest by U.S. first class mail, postage prepaid this _19_ day of December, 2019:

AGACI, L.L.C.
4958 STOUT DR, SUITE 113
SAN ANTONIO, TX 78219-4400
**Debtors**

**Counsel for Debtor, withdrawn**

Mike Richards
Jefferies, LLC
520 Madison Avenue, 3rd floor
New York, NY 10022
Purchaser

U.S. Trustee
P.O. Box 1539
San Antonio, Texas 78295-1539

SEE ATTACHED LIMITED MAILING MATRIX FOR A LIST OF PARTIES SERVED WITH NOTICE.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

1054 Superba Avenue
8227 Sorenson Avenue
1054 Superba Avenue
Santa Fe Springs, CA 90670

A'Gaci LLC
12460 Network Blvd.
Suite #106
San Antonio, TX 78249-3366

A'Gaci
1500 AVE LOS ROMEROS APT 705
JARDINES MONTEHIEDRA
SAN JUAN PUERTO RICO 00926

Adriana Alejandra Hernandez
1615 Trinity St. Apt. #150
Eagle Pass, TX 78852-3548

AFCO Credit Corporation
C/O JOHNSTON PRATT PLLC
1717 MAIN STREET SUITE 3000
DALLAS, TX 75201

AGACI
8401 GATEWAY BOULEVARD
WEST, SUITE G 11B
EL PASO, TX 79925

ALEJANDRA ALVAREZ
1800 E STEWART ST UNIT 127
LAREDO, TX 78043

Alejandro J Perez
1507 West Mesa Park Dr
Round Rock, TX 78664-3124

Alexa Jara
2525 Walters Way Apt#17
concord, CA 94520-3127

ALEXANDRA POLANCO
5921 LEE VISTA BLVD APT 305
Orlando, FL 32822-1511

ALEXIS DANIELLE RICE
253 CJ JONES COVE
CIBOLO, TX 78108

ALEXIS JACKSON
8936 GUARD HILL DRIVE
FORT WORTH, TX 76123

Alief Independent School District
P.O. Box 368
Alief, TX 77411-0368

Alief ISD, et al.
c/o Owen M. Sonik
1235 North Loop West, Suite 600
Houston, TX 77008-1772

ALLIE GARZON
1840 LEONARD LANE
LAS VEGAS, NV 89108-2329

Amanda N. Rivera
3000 Wheeling Ave.
El Paso, TX 79930-4320

Ambiance Apparel
2415 E. 15th Street
Los Angeles, CA 90021-2936

Andrea I Lee
5981 NW 32ND AVE
Miami, FL 33142-2118

ANDREA SANTOS
873 AVENUE B APT 2
EAGLE PASS, TX 78852

Arlington ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Armani Ortiz
15506 Morning Drive
Lutz, FL 33559-3225

ASTRID BETENCOURT
1843 CEDAR LAKE DR.
ORLANDO, FL 32824

Avenues Mall, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Azalia Martinez
1759 Rebecca Lane
Eagle Pass, TX 78852-1353

Beatriz Vazquez Castro
1586 Howard Ave
San Diego, CA 92173-1210

Beazley Execuguard
c/o Michael M. Parker
Norton Rose Fulbright US LLP
111 W. Houston Street, Suite 1800
San Antonio, TX 78205-1111

BELFOR PROPERTY RESTORATION
C/O Patrick Messner
410 Clover Mill Rd.
Exton, PA 19341

Bell TAD
c/o Tara LeDay
P. O. Box 1269
Round Rock, TX 78680-1269

Bexar County
c/o Don Stecker
711 Navarro, Suite 300
San Antonio, TX 78205-1749

BGE
PO Box 1475
Baltimore, MD 21203-1475

BLUE DOT USA INC.
DBA WAX JEAN
2415 E 15TH STREET
LOS ANGELES, CA 90021

Bobby Lopez
3510 pine st
Laredo, TX 78046-6300

Brazoria County Tax Office
Ro'vin Garrett, PCC
111 E locust
Angleton, TX 77515-4642

Brenda Michelle Gutierrez
13949 Bammel North Houston Rd 413
Houston, TX 77066-2936

Brookfield Property REIT, Inc.
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607
Attn: Bankruptcy Services

Cameron County Tax Assessor - Collector
C/O DIANE W SANDERS
LINEBARGER, GOGGAN BLAIR &
SAMPSON, PO BOX 17428
AUSTIN, TX 78760

Camila Pozo
3940 Sw 102 Ave Apt F123
Miami, FL 33165-4573

CAROLINE MERCED
MANSION DEL LAGO
126 CALLE LAGO CERILLOS
COTTO LAUREL, PR 00780

CITY OF EAGLE PASS
C/O DON STECKER
711 NAVARRO SUITE 300
SAN ANTONIO, TX 78205

CITY OF EL PASO
C/O DON STECKER
711 NAVARRO SUITE 300
SAN ANTONIO, TX 78205

City of Grapevine
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

City of Houston
Harris County Tax Assessor-Collector
1235 North Loop West, Suite 600
Houston, TX 77008-1772

City of Katy
1317 Eugene Heimann Circle
Richmond, TX 77469-3623

City of Katy
Michael J Darlow
1235 North Loop West Ste. 600
Houston, TX 77008-1772

CITY OF LOS ANGELES
OFFICE OF FINANCE
LOS ANGELES CITY ATTNY OFF
200 N MAIN SUITE 920
LOS ANGELES, CA 90012

City of McAllen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

City of Mercedes
c/o John T. Banks
3301 Northland Drive Suite 505
Austin, TX 78731-4954

CITY OF MESQUITE
& MESQUITE IND. SCHOOL DIST.
C/O GARY ALLMON GRIMES
120 N MAIN, #201
MESQUITE, TX 75149

Coral-CS Ltd. Associates
225 West Washington St
Bankruptcy Dept.
Indianapolis, IN 46204-3438

cristal loza
23024 yupon st
Porter, TX 77365-6284

Crowley ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Cypress Fairbanks ISD
C/O John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

DAREISHA RENTAS LINDBERTH
PO BOX 2017 Pmb 286
LAS PIEDRAS, PR, PA 00771

DAVID ESCAMILLA
TRAVIS COUNTY ATTORNEY
PO BOX 1748
AUSTIN, TX 78767

DAVID WON
10305 NW 63RD TERRACE
APT 207
DORAL, FL 33178-3317

Deerbrook Mall, LLC
c/o Brookfield Properties
Attn: Stacie L. Herron, General Counsel
350 N. Orleans St. Ste. 300
Chicago, IL 60654-1607

Del Amo Fashion Center Op Company, LLC
Attn: Bankruptcy Dept.
225 West Washington Street
Indianapolis, IN 46204

DELISA GONZALEZ
34 PINAR DEL RIO
BROWNSVILLE, TX 78526

DEPARTMENT OF TAXATION
STATE OF HAWAII
ATTN; BANKRUPTCY UNIT
PO BOX 259
HONOLULU, HI 96809-0259

DEVON J EGGERT
C/O FREEBORN & PETERS, LLP
311 S WACKER DR. SUITE 3000
CHICAGO, IL 60606-6677

DHL eCommerce
P.O. Box 406222
Atlanta, GA 30384-6222

DRaye Rodriguez
4010 49th Street
Lubbock, TX 79413-3720

EAGLE PASS ISD
C/O DON STECKER
711 NAVARRO SUITE 300
SAN ANTONIO, TX 78205

EklecCo NewCo LLC
c/o Barclay Damon LLP
Attn: Kevin M. Newman
125 East Jefferson Street
Syracuse, NY 13202-2515

ELIZABETH GUIFARRO
2310 FALLING OAK RD.
HOUSTON, TX 77038

Elizabeth Ortiz
4523 Richland Chambers Ln.
Humble, TX 77396-1940

Enchante Accessories Inc.
16 East 34th Street 16th Floor
New York, NY 10016-4359

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209-6513

Esmeralda Isabel Chavarin
6819 Radio Dr
San Diego, CA 92114-1611

Euler Hermes, N.A.
Insurance Co.
800 Red Brook Blvd
Owings Mills, MD 21117-5189

Florida Mall Assoc., Ltd.
Attn; Bankruptcy Department
225 West Washington St
Indianapolis, IN 46204-3438

Fort Bend County
C/O John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

Gabriela E Martinez
2500 W MOUNT HOUSTON RD TRAILER 240
HOUSTON, TX 77038-3507

Grapevine Mills Mall Limited Partnership
Bk Department
225 West Washington Street
Indianapolis, IN 46204

Grapevine-Colleyville ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Hays County
c/o Tara LeDay
P. O. Box 1269
Round Rock, TX 78680-1269

HG Galleria, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Hidalgo County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

HILCO MERCHANT RESOURCES
C/O PATRICK L. HUFFSTICKLER
DYKEMA GOSSETT PLLC
112 E Pecan Street, Suite 1800
San Antonio, TX 78205

Hulen Mall, LLC
350 N Orleans St
Ste 300
Chicago, IL 60654-1607

Humble Independent School District
Carl O Sandin
1235 North Loop West Ste 600
Houston, TX 77008-1772

Humble Independent School District
P.O. Box 4020
Houston, TX 77210-4020

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jazmine Pauline Ceniceros
1584 Catham Cir
El Paso, TX 79928-6901

Jennifer Gutierrez
10630 Solera Ln
Houston, TX 77040-7102

jerica batista
23939 clipper hill lane
spring, TX 77373-4101

Jessika Ortiz
15506 Morning Drive
Lutz, FL 33559-3225

Joannie L. Gaytan
281 Tanglewood
Eagle Pass, TX 78852-6712

JOHNSON CONTROLS FIRE PROTECTION
BANKRUPTCY
50 TECHNOLOGY DRIVE
WESTMINSTER, MA 01441

JULIE REGALADO
3860 SW 30th Street
HOLLYWOOD, CA 33023

Karla Del Villar
15322 Blue Creek Ranch Dr
Houston, TX 77086-1120

Karla Garcia
1974 Lindburgh Cir
Eagle Pass, TX 78852-6020

KATHERINE MARTINEZ ANEIRO
URB. SANTA TERESITA 6531 CALLE
SAN ALVARO
PONCE, PR 00730-4409

Katy Management District #1
12841 Capricorn St.
Stafford, TX 77477-3912

Katy Management District #1(HFBM4)
Carl O Sandin
1235 North Loop West Ste. 600
Houston, TX 77008-1772

Kayrie Marto
1213 E. Susan Drive
Carson, CA 90745-1654

Kennisha Harris
100 Hollow Tree Ln Apt #1125
Houston, TX 77090-1717

Keter Environment Service
4 High Ridge Park, Suite 202
Stanford, CT 06905-1300

Kevin Hernandez Benites
13608 Sableglen St
Houston, TX 77014-2801

Kimberly Gonzalez Lerma
12627B Veterans Memorial DR
Houston, TX 77014-2101

Krystel Vasquez
1550 Juniper Twig Ave
Las Vegas, NV 89183-7116

Lakeline Developers
225 West Washington St
Indianapolis, IN 46204-3438

LANDLORDS-MACERICH CO ET AL
C/O DUSTIN P BRANCH
BALLARD SPAHR LLP
2029 CENTURY PARK EAST SUITE 800
LOS ANGELES, CA 90067-2909

LCG Stout Drive, LLC
c/o Kimberly Sims
Palter Sims Martinez PLLC
8115 Preston Road, Suite 600
Dallas, Texas 75225-6342

LCG STOUT DRIVE, LLC
C/O KIMBERLY SIMS
PALTER SIMS MARTINEZ, PLLC
8115 PRESTON RD. SUITE 600
DALLAS, TX 75225

linda muth
8544 amber star street
las vegas, NV 89139-7044

(YOU REPRESENT MANY TAX ENTITIES)
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON,LLP
WESTON CENTRE
112 E PECAN STREET SUITE 2200
SAN ANTONIO, TX 78205

LOS ANGELES COUNTY TREASURER & TAX
COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

Mall at Ingram Park, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mall at Katy Mills, LP
BANKRUPTCY DEPT
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

Mall at Miami International, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mall at Midland Park, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mara Fernanda Holguin
325 Mariana Circle
El Paso, TX 79915-4508

Maria Carrillo Lugo
4512 commander drive apt.1715
Orlando, FL 32822-3501

Maria Fernanda Holguin
325 Mariana Circle
El Paso, TX 79915-4508

Maria J Vazquez
2793 W 74 terr
Hialeah, FL 33016-5433

Mariela Lopez
10019. Briarpark Trail Ln
Houston, TX 77064-4280

MARISOL PEREZ
117 LOS ANGELES DRIVE
EAGLE PASS, TX 78852

MARTIN TORRES
254 OLMITO STREET
BROWNSVILLE, TX 78521

Marylisa perez
1005 W. Rusk st.
Tyler, TX 75701-1428

Maverick County
c/o Carlos M. Arce
PBFCM, LLP
613 NW Loop 410, Ste. 550
San Antonio, TX 78216-5593

Mercedes Premium Outlets L.P.
BANKRUPTCY DEPT
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

Meybell Romero
PO BOX 2126
Missouri city, TX 77459-9126

Midland CAD
c/o Tara LeDay
P. O. Box 1269
Round Rock, TX 78680-1269

Midland County
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

MIRTA DE LA CARIDAD RODRIGUEZ
GONZALEZ, 421 NW 107th AVE.
APT. 204
MIAMI, FL 33172

MXLI, L.L.C.
P.O. Box 447
Odessa, FL 33556-0447

MXLI, LLC
Jack O'Boyle & Associates
P.O. Box 815369
Dallas, TX 75381-5369

Nadia Perez
125 W Barioni Blvd Apt 107
Imperial, CA 92251-1608

Norma Angelica Cortes Duenas
1991 Bandolier Ln
San Diego CA 92154-4239

North Star Mall, LLC
c/o Brookfield Property, REIT, Inc.
350 N Orleans St
Ste 300
Chicago, IL 60654-1607

olga yera
2757 w 73 Place
Hialeah, FL 33016-5424

Parks at Arlington, LLC
c/o Brookfield Property REIT, Inc.
350 N Orleans St
Ste 300
Chicago, IL 60654-1607

Priscilla Perez
P.O. Box 306
La villa, TX 78562-0306

Project 28 Clothing LLC
c/o LAZARUS & LAZARUS, P.C.
240 Madison Avenue, 8th Flr.
New York, NY 10016-2878
Attn: Harlan M. Lazarus, Esq.

PUERTO RICO ELECTRIC POWER
C/0 MARIA T GORBEA-BANKRUPTCY
OFFICE
PO BOX 364267
SAN JUAN, PR 00936

RAFAEL E MONTANEZ OCASIO
PLAZA 2 SA 44 MANSION DEL SUR 00949
TOA BAJA, PUERTO RICO 00949

RICHELLE ALEJO
127 BELLA DRIVE
DAVENPORT, FL 33837

San Marcos CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

San Marcos Premium Outlets, LP
225 West Washington St
Indianapolis, IN 46204-3438

Second Avenue Capital Partners, LLC
Attention: Mark Gallivan
75 Second Avenue, Suite 550
Needham Heights, MA 02494-2858

Second Avenue Capital Partners, LLC
Jennifer F. Wertz
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701-4042

SHELLY A. DEROUSSE
C/O FREEBORN & PETERS, LLP
311 S WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

SierraConstellation Partners
C/O LAW OFFICES OF WILLIAM B KINGMAN, PC
3511 BROADWAY
SAN ANTONIO, TX 78209

Simon Prop. Grp.(TX) LP
225 West Washington St
Bankruptcy Dept/Collections
Indianapolis, IN 46204-3438

SIMON PROPERTY GROUP
C/O LYNN H. BUTLER
HUSCH BLACKWELL LLP
111 CONGRESS AVE., SUITE 1400
AUSTIN, TX 78701

Smith County  
Linebarger Goggan Blair & Sampson LLP  
c/o Elizabeth Weller  
2777 N Stemmons Frwy Suite 1000  
Dallas, TX 75207

Spring Branch Independent School District  
P.O. Box 19037  
Houston, TX 77224-9037

State of Minnesota, Department of Revenue  
Minnesota Revenue  
PO Box 64447 - BKY  
St. Paul, MN 55164-0447

State of Nevada Department of Taxation  
555 E. Washington Ave. Ste. #1300  
Las Vegas, NV 89101-1046

Sunny George Chandy  
8425 Blazing Star Circle  
Shakopee, MN 55379-3161

Sunrise Mills (MLP), LP  
225 West Washington St  
Indianapolis, IN 46204-3438

Tatiana Campos  
9832 Trailing Daisy St.  
Las Vegas, NV 89183-7126

Tatiana nio  
2300 ne 215 street  
Aventura, FL 33180-1054

TAUBMAN LANDLORDS  
C/O ANDREW S. CONWAY, ESQ.  
200 EAST LONG LAKE ROAD, SUITE 300  
BLOOMFIELD HILLS, MI 48304

TENNESSEE DEPARTMENT OF REVENUE  
TDOR C/O ATTORNEY GENERAL  
PO BOX 20207  
NASHVILLE, TN 37202-0207

Texas Comptroller of Public Accounts  
c/o Office of the Attorney General  
Bankruptcy - Collections Division MC-008  
PO Box 12548  
Austin TX 78711-2548

Texas Workforce Commission  
TWC Building - Regulatory Integrity Div  
101 E. 15th Street  
Austin, TX 78778-0001

THE COMPTROLLER OF PUBLIC ACCTS  
STATE OF TEXAS  
CHRISTOPHER MURPHY  
BANKRUPTCY/PO BOX 12548  
AUSTIN, TX 78711

The Domain Mall, LLC  
Attn: Bankruptcy Dept.  
225 West Washington St  
Indianapolis, IN 46204-3438

ThyssenKrupp Elevator Corp.  
c/o Law Office of D. Park Smith  
250 Cherry Springs Road, Suite 200  
Hunt, TX 78024-3010

Tina Grubbs  
104 Courtney Drive  
Bullard, TX 75757-9708

Town East Mall, LLC  
350 N Orleans St  
Ste 300  
Chicago, IL 60654-1607

Tyler Independent School District  
c/o Tab Beall  
Perdue Brandon Fielder Collins & Mott  
PO Box 2007  
Tyler, TX 75710-2007

U.S. Trustee  
Office of The U.S. Trustee  
615 E Houston Street  
San Antonio, TX 78205-2001

UNSECURED CREDITORS COMMITTEE  
C/O ELIZABETH L JANCZAK  
FREEBORN & PETERS, LLP  
311 S WACKER DR., SUITE 3000  
CHICAGO, IL 60606-6677

Victoria Becerra  
562 calle de los santos apt 6  
eagle pass, TX 78852-6185

Viviana Rodriguez  
605 Cancun Dr. APT 2  
Pharr, TX 78577-2425

Washington Prime Group Inc.  
c/o Frost Brown Todd LLC  
Ronald E. Gold  
301 E. 4th Street  
Cincinnati, Ohio 45202-4257

Wendy E Quijada Bonilla  
1567 Parkwood Place  
Concord, CA 94521-2204

Williamson County  
c/o Tara LeDay  
P. O. Box 1269  
Round Rock, TX 78680-1269

Willowbrook Mall (TX), LLC  
c/o Brookfield Property, REIT, Inc.  
350 N Orleans St  
Ste 300  
Chicago, IL 60654-1607

Wisconsain Department of Revenue  
PO BOX 8901  
Madison, WI 53708-8901

Woodfield Mall, LLC  
225 West Washington St  
Indianapolis, IN 46204-3438

Yadira Pino  
2466 NW 102nd ST  
MIAMI, FL 33147-1745

Yalixa Gomez  
5510 Somerville St.  
Laredo, TX 78046-5199

Yanis Robles
1136 monica rhia dr.
EAGLE PASS, TX 78852-5524

| | | |
|---|---|---|
| Ken Whiteley<br>2954 S.E. Loop 410<br>San Antonio, TX 78222 | David Rosen<br>5002 Thames Court<br>Midland, Texas 79705 | Robert S. Zilm<br>Zilm Investments<br>6762 E. 25th Pl.<br>Tulsa, OK 74129 |
| Bass Petroleum<br>1703 Edelweiss Drive<br>Cedar Park, Texas 78613 | Daniel Y. Kruger<br>8118 Datapoint Dr.<br>San Antonio, TX 78229-3268 | Grant S. Sisler<br>Belveron Real Estate Partners LLC<br>268 Bush St. #3534<br>San Francisco, CA 94104 |
| Morris Spector<br>Spector Investments Ltd. Partnership<br>PO Box 15273<br>San Antonio, TX 78212 | David Schaerdel<br>2005 N. Bell Blvd.<br>Cedar Park, TX 78613 | Stephen L. McKee<br>P.O. Box 830396<br>Richardson, TX 75083 |
| ROCA Resource Co., Inc.<br>P.O. Box 1981<br>Midland, Texas 79702 | P. Blake Henshaw<br>16903 Buccaneer Lane,<br>Suite 107<br>Houston, TX 77058 | Michael Presto<br>BIDITUP Auctions & Appraisals<br>11426 Ventura Blvd., 2nd Floor<br>Studio City, CA 91604 |
| Steve Bennett<br>Wayside Terrace LLC<br>P.O. Box 5569<br>Sherman Oaks, CA 91413 | Chad Smith<br>THE LAW OFFICE OF CHAD SMITH, P.C.<br>8008 Slide Road, Suite 33<br>Lubbock, TX 79424-2828 | Jack T. Williams III<br>Choctaw Energy, Inc.<br>2119 East Hildebrand<br>San Antonio, Texas 78209 |
| Justin Peeler<br>P.O. Box 234<br>Christine, TX 78012 | Eckard Global<br>Troy W. Eckard<br>2435 N. Central Expressway, Suite 1350<br>Richardson, TX 75080 | Ron Hendrix<br>9242 Bingham<br>San Antonio, Texas 78230 |
| Galen K. Jansky<br>108 Oak Fields Dr.<br>Floresville, TX 78114 | Daryl John<br>John's Welding & Construction<br>16842 IH 35 North<br>Schertz, TX 78154 | Dan Mullins<br>608 Morningside Dr.<br>San Antonio, TX 78209 |
| Cody Stewart<br>Stewart Ranches<br>2850 Dent Tree Dr.<br>Schertz, TX 78154 | Barbara Humble<br>Humble Enterprises, Inc.<br>2509 Friar Tuck Lane<br>Austin, Texas 78704 | Matthew D. Fenoglio<br>Patriot Financing Resolutions<br>PO Box 418<br>Montague, TX 76251 |
| Joe Freeman<br>Freeman Investments<br>3415 South Clayton Boulevard<br>Englewood, Colorado 80110 | Kelly H. Baxter<br>P.O. Box 1649<br>Austin, TX 78767-1649 | Terrigal Partners, L.P.<br>PO Box 258<br>League City, TX 77574-0258 |
| Diego A. Lopez<br>8118 Datapoint<br>San Antonio, Texas 78229 | Chris Christianson<br>PO Box 441<br>Boerne, TX 78006 | GAEA Services, Inc.<br>622 W Rhapsody, Suite A<br>San Antonio, TX 78216-2607 |

Mark Jaehne
Giddings Oil & Gas Exploration
P.O. Box 726
Giddings, Texas 78942

Michael W. Zunker
221 Ranger Dr.
Buda, TX 78610

W. L. Gunn
P.O. Box 232
Lufkin, Texas 75902-0232

Jon Rabbanian
Tov Equities
550 S Hill Street Suite 1420
Los Angeles, CA 90013

Law Firm of Ted W. Hejl
311 Talbot Street
PO Box 192
Taylor, TX 76574

Kenneth R. Cooper
14607 San Pedro Ave Ste 130
San Antonio, TX 78232-4356

Donald R. Williams
P.O. Box 64120
Lubbock, TX 79464

Douglas J. Powell
820 W. 10th Street
Austin, TX 78701

Aaron Schmiedel
Four Winds Minerals
2643 IH 30 E
Greenville, TX 75402

James R. Bass
LAW OFFICES OF JAMES R. BASS, INC.
9002 Wurzbach Rd
San Antonio, TX 78240-1038

Robert Jayne
Industry Resolutions
PO Box 2615
Toluca Lake, CA 91610

Tom E. Blackwell
1406 South Commerce
Lockhart, Texas 78644

Jared K. Taylor
5578 Mt. McKinley
San Antonio, TX 78251

Rodney Breeden
1112 E. Quinn
Lubbock, TX 79403-1232

Jason Roberts
Notes We Buy LLC
P.O. Box 1249
San Marcos, TX 78667

Rodger B. King
P.O. Box 1008
Tampa, FL 33601-1008

Sidney E. Bellamy
3424 Winged Foot Court
Dallas, TX 75229-2636

Dennis Neller
5620 Sedona
Austin, Texas 78759

John Moss
17124 Westview
Austin, TX 78737

Steve Bennett
Wayside Terrace LLC
PO Box 5569
Sherman Oaks, CA 91413

Vince Stark
7042 Arapahoe Street
Corpus Christi, TX 78413

Michael Burks
205 Cactus Dr.
Haslet, TX 76052

Gary Maze
2402 Enchanted Isle
Houston, TX 77062

Dan Laird
133 West Mistletoe
San Antonio, TX 78212

George Vaught
PO Box 13557
Denver, CO 80201-3557

J. L. Shuttlesworth
The Shuttlesworth Corp.
21950 Highway 135
Troup, Texas 75789

Andrew Heifer
Pinnacle Financial LLC
PO Box 3675
Reading, PA 19606

Steve Bennett
Wayside Terrace LLC
PO Box 5569
Sherman Oaks, CA 91413

Tom Davis
PO Box 126
Winters, TX 79567

Danny Waters
1219 Newning Avenue
Austin, TX 78704

| | | |
|---|---|---|
| Elizabeth Luna<br>9115 Chinon<br>San Antonio, TX 78250 | Paul L. McCulliss<br>P.O. Box 13557<br>Denver, CO 80201-3557 | Stephen Matthew Schultz<br>The Schultz Law Firm, PC<br>The Scarborough Building, Suite 716, 101 West Sixth Street<br>Austin, TX 78701 |
| Charles L Cavness<br>Consolidated Oil & Gas, LLC<br>1660 17th St., Suite 325<br>Denver, CO 80202 | John Hernden<br>Alamo Buyers<br>210 Springwood Lane<br>San Antonio, TX 78216 | RUSSELL ROMANO<br>PO BOX 2788<br>WIMBERLEY, TX 78676 |