IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| A'GACI, L.L.C. | § | Case No. 19-51919-RBK |
| | § | |
| *Debtor.* | § | Chapter 11 |

**APPLICATION TO COMPROMISE AND SETTLE WITH TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PURSUANT TO BANKRUPTCY RULE 9019**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE H. RONALD B. KING, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Randolph N. Osherow, the duly appointed Chapter 7 Trustee, by and through his attorney, and pursuant to Federal Rule of Bankruptcy Procedure 9019, files this *Trustee's Application to Compromise and Settlement With Texas Comptroller of Public Accounts Pursuant to Bankruptcy Rule 9019* (the "Application"), and would respectfully show the Court as follows:

**I.
INTRODUCTION**

1. The Chapter 7 Trustee seeks approval of and authority to enter into a settlement (the "Agreement") with Texas Comptroller of Public Accounts ("Comptroller") pursuant to Rule 9019. On September 24, 2019, Comptroller filed Adversary Proceeding No. 19-5054 (the "Adversary Proceeding") against A'GACI, LLC and Second Avenue Capital Partners, LLC. ("Second Avenue"). The proposed agreement will result in prompt settlement of a substantial portion of the Adversary Proceeding which is certain to be protracted and costly litigation. Accordingly, and as set forth herein, the Chapter 7 Trustee believes that the Agreement should be approved pursuant to Rule 9019.

**II.**
**JURISDICTION**

2. This Court has jurisdiction to consider this matter under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b).

3. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

4. Relief is sought pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

**III.**
**BACKGROUND**

5. This case was filed as a chapter 11 bankruptcy on August 7, 2019. Significant events occurred during the pendency of the Chapter 11 proceeding of which this Court is fully aware.

6. On October 4, 2019, the case was converted to chapter 7, at which time Randolph N. Osherow was appointed as Chapter 7 Trustee and continues to act in that capacity.

7. On September 24, 2019, Comptroller filed the Adversary Proceeding against A'GACI, LLC and Second Avenue.

**IV.**
**TERMS OF SETTLEMENT**

8. The proposed Agreement resolves complicated and likely protracted litigation with Comptroller, litigation in which a legal or financial success for the estate is far from certain. The Chapter 7 Trustee believes the Agreement is in the best interest of this chapter 7 estate. As will be more fully set forth in a form of order agreed to by the parties, the respective terms of the compromise are as follows:

    a. Trustee will cause sales tax returns to be filed for August 2019;

    b. Trustee shall pay post-petition sales tax liability;[1]

    c. Trustee will pay an additional $38,738.10 for a portion of the prepetition trust funds;

---

[1] The amount of post-petition sales tax liability will be determined by the completed sales tax returns for August 2019. At this time, the amount of post-petition sales tax liability is estimated to be approximately $357,668.85.

    d.       The filing of the tax returns and payment of the amounts listed above is a condition precedent to settlement becoming binding on the Comptroller;

    e.       Comptroller shall receive an allowed priority claim in the bankruptcy case for the remainder of prepetition sales tax liability once liquidated.

    f.       Comptroller shall release the Estate from any further post-petition liability.

## V.
## REQUESTED RELIEF

8. By this Application, the Chapter 7 Trustee respectfully requests entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure approving and authorizing him to enter into the Agreement and resolving the claims pursuant to the terms set forth herein. The Chapter 7 Trustee also requests that the order approving this settlement authorize him to execute such documents as he, in his judgment, deems necessary to effectuate the settlement, including but not limited to any settlement or release agreements that may be required to fully effectuate this settlement.

## VI.
## GROUNDS FOR RELIEF

9. Rule 9019(a) of the Federal Rules of Bankruptcy Procedure provides in relevant part that on application by a trustee and after notice and a hearing the Court may approve a compromise or settlement. "Settlements and compromises are a normal part of the process of reorganization." *Protective Comm. Four Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson,* 390 U.S. 414, 428 (1968) (quoting *Case v. The Los Angeles Lumber Prod. Co.*, 308 U.S. 106, 130 (1939).

10. The decision whether to approve a particular settlement lies within the discretion of the Bankruptcy Court. *American Can Co. v. Herpel, (In re: Jackson Brewing Co.),* 624 F.2d 605, 607 (5th Cir. 1980). "A reviewing court will uphold the approval of a settlement if it is the result of adequate and intelligent consideration of the merits of the claims, the difficulties of pursuing them, the potential harm to debtor's estate caused by the delay, and the fairness of the terms of the settlement." *TMT Trailer Ferry, Inc.*, 390 U.S. at 434.

11. The Fifth Circuit has held that in deciding whether to approve a settlement, courts should evaluate and set forth in comprehensive fashion:

    a. probability of success in the litigation, with due consideration for the uncertainty in fact and law;

    b. the complexity and likely duration of the litigation and any intended expenses, inconvenience, and delay; and

    c. all other facts bearing on the wisdom of the compromise.

*In re Jackson Brewing Co.*, 624 F.2d at 607-08.

12. The Trustee believes that the proposed settlement is in the best interest of the Chapter 7 Estate because it results in a fair and equitable compromise after consideration of the aforementioned factors. Further, it resolves a multi-faceted legal dispute with Comptroller, which could be both lengthy and costly, and it facilitates payment of certain claims to Comptroller. Therefore, in the Trustee's assessment, this settlement results in significant savings to the Chapter 7 Estate and its creditors.

**Probability of Success on the Merits:**

13. This matter is contested by the parties. All parties and their respective counsel believe that they will prevail on the merits. The Trustee, in exercising his business judgment, believes that the proposed settlement will adequately reduce the risk to the Chapter 7 Estate. Further, the Chapter 7 Estate has limited resources to fund any of the litigation. The Trustee prefers to allocate resources to the payment of claims rather than to fund speculative litigation that may not yield an economic benefit to the Chapter 7 Estate. The Trustee, having reviewed the matter, has determined that the risk of prevailing through litigation of the Adversary Proceeding, is questionable and the associated cost will redound to the detriment of the Chapter 7 Estate.

**Other Factors:**

14. In addition to contributing to the prompt administration of this Chapter 7 Estate, approval of and authority to enter into the Agreement allows the Trustee to pay claims more expeditiously than if the Trustee were required to fully litigate the lawsuit.

15. It is the sound business judgment of the Chapter 7 Trustee, after thorough consideration of the aforementioned factors, that the proposed settlement is in the best interest of this Chapter 7 Estate. The Trustee submits that the terms of the proposed Agreement fall within the reasonable range of litigation possibilities as set forth in *TMT Trailer Ferry, Inc.*, supra.

**Relief Requested**:

16. In accordance with this Application, the Chapter 7 Trustee seeks to compromise and settle claims between the parties as provided herein.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Randolph N. Osherow, Chapter 7 Trustee, respectfully requests that the Court grant this Application and approve the proposed settlement under the terms set forth herein and for such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

By: /s/ *Steve Turner*
    Steve Turner
    State Bar No. 20341700
    Brian S. Engel
    State Bar No. 00789279
    3809 Juniper Trace, Suite 205
    Austin, Texas 78738
    Phone: (512) 687-2502
    Fax: (512) 477-1112
    SteveT@BDFGroup.com
    BrianEn@BDFGroup.com

ATTORNEYS FOR RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on the 29th day of January, 2020 a true and correct copy of the foregoing document was served upon the parties on the attached mailing matrix via electronic means as listed on the Court's ECF noticing system or by regular first class U. S. Mail.

*/s/ Steve Turner*
Steve Turner

24532724v.3 155476/00001

1054 Superba Avenue  
8227 Sorenson Avenue  
1054 Superba Avenue  
Santa Fe Springs, CA 90670

A'Gaci LLC  
12460 Network Blvd.  
Suite #106  
San Antonio, TX 78249-3366

A'Gaci  
1500 AVE LOS ROMEROS APT 705  
JARDINES MONTEHIEDRA  
SAN JUAN PUERTO RICO 00926

Adriana Alejandra Hernandez  
1615 Trinity St. Apt. #150  
Eagle Pass, TX 78852-3548

AFCO Credit Corporation  
C/O JOHNSTON PRATT PLLC  
1717 MAIN STREET SUITE 3000  
DALLAS, TX 75201

AGACI  
8401 GATEWAY BOULEVARD  
WEST, SUITE G 11B  
EL PASO, TX 79925

ALEJANDRA ALVAREZ  
1800 E STEWART ST UNIT 127  
LAREDO, TX 78043

Alejandro J Perez  
1507 West Mesa Park Dr  
Round Rock, TX 78664-3124

Alexa Jara  
2525 Walters Way Apt#17  
concord, CA 94520-3127

ALEXANDRA POLANCO  
5921 LEE VISTA BLVD APT 305  
Orlando, FL 32822-1511

ALEXIS DANIELLE RICE  
253 CJ JONES COVE  
CIBOLO, TX 78108

ALEXIS JACKSON  
8936 GUARD HILL DRIVE  
FORT WORTH, TX 76123

Alief Independent School District  
P.O. Box 368  
Alief, TX 77411-0368

Alief ISD, et al.  
c/o Owen M. Sonik  
1235 North Loop West, Suite 600  
Houston, TX 77008-1772

ALLIE GARZON  
1840 LEONARD LANE  
LAS VEGAS, NV 89108-2329

Amanda N. Rivera  
3000 Wheeling Ave.  
El Paso, TX 79930-4320

Ambiance Apparel  
2415 E. 15th Street  
Los Angeles, CA 90021-2936

Andrea I Lee  
5981 NW 32ND AVE  
Miami, FL 33142-2118

ANDREA SANTOS  
873 AVENUE B APT 2  
EAGLE PASS, TX 78852

Arlington ISD  
c/o Perdue Brandon Fielder et al  
500 East Border Street, Suite 640  
Arlington, TX 76010-7457

Armani Ortiz  
15506 Morning Drive  
Lutz, FL 33559-3225

ASTRID BETENCOURT  
1843 CEDAR LAKE DR.  
ORLANDO, FL 32824

Avenues Mall, LLC  
225 West Washington St  
Indianapolis, IN 46204-3438

Azalia Martinez  
1759 Rebecca Lane  
Eagle Pass, TX 78852-1353

Beatriz Vazquez Castro  
1586 Howard Ave  
San Diego, CA 92173-1210

Beazley Execuguard  
c/o Michael M. Parker  
Norton Rose Fulbright US LLP  
111 W. Houston Street, Suite 1800  
San Antonio, TX 78205-1111

Bell TAD  
c/o Tara LeDay  
P. O. Box 1269  
Round Rock, TX 78680-1269

Bexar County  
c/o Don Stecker  
711 Navarro, Suite 300  
San Antonio, TX 78205-1749

BGE  
PO Box 1475  
Baltimore, MD 21203-1475

BLUE DOT USA INC.  
DBA WAX JEAN  
2415 E 15TH STREET  
LOS ANGELES, CA 90021

Bobby Lopez
3510 pine st
Laredo, TX 78046-6300

Brazoria County Tax Office
Ro'vin Garrett, PCC
111 E locust
Angleton, TX 77515-4642

Brenda Michelle Gutierrez
13949 Bammel North Houston Rd 413
Houston, TX 77066-2936

Brookfield Property REIT, Inc.
350 N. Orleans Street, Suite 300
Chicago, IL 60654 -1607
Attn: Bankruptcy Services

Cameron County Tax Assessor - Collector
C/O DIANE W SANDERS
LINEBARGER, GOGGAN BLAIR &
SAMPSON, PO BOX 17428
AUSTIN, TX 78760

Camila Pozo
3940 Sw 102 Ave Apt F123
Miami, FL 33165-4573

CAROLINE MERCED
MANSION DEL LAGO
126 CALLE LAGO CERILLOS
COTTO LAUREL, PR 00780

CITY OF EAGLE PASS
C/O DON STECKER
711 NAVARRO SUITE 300
SAN ANTONIO, TX 78205

CITY OF EL PASO
C/O DON STECKER
711 NAVARRO SUITE 300
SAN ANTONIO, TX 78205

City of Grapevine
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

City of Houston
Harris County Tax Assessor-Collector
1235 North Loop West, Suite 600
Houston, TX 77008-1772

City of Katy
1317 Eugene Heimann Circle
Richmond, TX 77469-3623

City of Katy
Michael J Darlow
1235 North Loop West Ste. 600
Houston, TX 77008-1772

CITY OF LOS ANGELES
OFFICE OF FINANCE
LOS ANGELES CITY ATTNY OFF
200 N MAIN SUITE 920
LOS ANGELES, CA 90012

City of McAllen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

City of Mercedes
c/o John T. Banks
3301 Northland Drive Suite 505
Austin, TX 78731-4954

CITY OF MESQUITE
& MESQUITE IND. SCHOOL DIST.
C/O GARY ALLMON GRIMES
120 N MAIN, #201
MESQUITE, TX 75149

Coral-CS Ltd. Associates
225 West Washington St
Bankruptcy Dept.
Indianapolis, IN 46204-3438

cristal loza
23024 yupon st
Porter, TX 77365-6284

Crowley ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Cypress Fairbanks ISD
C/O John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

DAREISHA RENTAS LINDBERTH
PO BOX 2017 Pmb 286
LAS PIEDRAS, PR, PA 00771

DAVID ESCAMILLA
TRAVIS COUNTY ATTORNEY
PO BOX 1748
AUSTIN, TX 78767

DAVID WON
10305 NW 63RD TERRACE
APT 207
DORAL, FL 33178-3317

Deerbrook Mall, LLC
c/o Brookfield Properties
Attn: Stacie L. Herron, General Counsel
350 N. Orleans St. Ste. 300
Chicago, IL 60654-1607

Del Amo Fashion Center Op Company, LLC
Attn: Bankruptcy Dept.
225 West Washington Street
Indianapolis, IN 46204

DELISA GONZALEZ
34 PINAR DEL RIO
BROWNSVILLE, TX 78526

DEPARTMENT OF TAXATION
STATE OF HAWAII
ATTN; BANKRUPTCY UNIT
PO BOX 259
HONOLULU, HI 96809-0259

DEVON J EGGERT
C/O FREEBORN & PETERS, LLP
311 S WACKER DR. SUITE 3000
CHICAGO, IL 60606-6677

DHL eCommerce
P.O. Box 406222
Atlanta, GA 30384-6222

DRaye Rodriguez  
4010 49th Street  
Lubbock, TX 79413-3720

EAGLE PASS ISD  
C/O DON STECKER  
711 NAVARRO SUITE 300  
SAN ANTONIO, TX 78205

EklecCo NewCo LLC  
c/o Barclay Damon LLP  
Attn: Kevin M. Newman  
125 East Jefferson Street  
Syracuse, NY 13202-2515

ELIZABETH GUIFARRO  
2310 FALLING OAK RD.  
HOUSTON, TX 77038

Elizabeth Ortiz  
4523 Richland Chambers Ln.  
Humble, TX 77396-1940

Enchante Accessories Inc.  
16 East 34th Street 16th Floor  
New York, NY 10016-4359

Eric Terry  
Eric Terry Law, PLLC  
3511 Broadway  
San Antonio, TX 78209-6513

Esmeralda Isabel Chavarin  
6819 Radio Dr  
San Diego, CA 92114-1611

Euler Hermes, N.A.  
Insurance Co.  
800 Red Brook Blvd  
Owings Mills, MD 21117-5189

Florida Mall Assoc., Ltd.  
Attn; Bankruptcy Department  
225 West Washington St  
Indianapolis, IN 46204-3438

Fort Bend County  
C/O John P. Dillman  
Linebarger Goggan Blair & Sampson LLP  
P.O. Box 3064  
Houston, TX 77253-3064

Franchise Tax Board  
PO Box 2952  
Sacramento, CA 95812-2952

Gabriela E Martinez  
2500 W MOUNT HOUSTON RD TRAILER 240  
HOUSTON, TX 77038-3507

Grapevine Mills Mall Limited Partnership  
Bk Department  
225 West Washington Street  
Indianapolis, IN 46204

Grapevine-Colleyville ISD  
c/o Perdue Brandon Fielder et al  
500 East Border Street, Suite 640  
Arlington, TX 76010-7457

Hays County  
c/o Tara LeDay  
P. O. Box 1269  
Round Rock, TX 78680-1269

HG Galleria, LLC  
225 West Washington St  
Indianapolis, IN 46204-3438

Hidalgo County  
c/o Diane W. Sanders  
Linebarger Goggan Blair & Sampson, LLP  
P.O. Box 17428  
Austin, TX 78760-7428

HILCO MERCHANT RESOURCES  
C/O PATRICK L. HUFFSTICKLER  
DYKEMA GOSSETT PLLC  
112 E Pecan Street, Suite 1800  
San Antonio, TX 78205

Hulen Mall, LLC  
350 N Orleans St  
Ste 300  
Chicago, IL 60654-1607

Humble Independent School District  
Carl O Sandin  
1235 North Loop West Ste 600  
Houston, TX 77008-1772

Humble Independent School District  
P.O. Box 4020  
Houston, TX 77210-4020

ILLINOIS DEPARTMENT OF REVENUE  
BANKRUPTCY UNIT  
PO BOX 19035  
SPRINGFIELD IL 62794-9035

Internal Revenue Service  
Centralized Insolvency Operations  
P.O. Box 7346  
Philadelphia, PA 19101-7346

Jazmine Pauline Ceniceros  
1584 Catham Cir  
El Paso, TX 79928-6901

Jennifer Gutierrez  
10630 Solera Ln  
Houston, TX 77040-7102

jerica batista  
23939 clipper hill lane  
spring, TX 77373-4101

Jessika Ortiz  
15506 Morning Drive  
Lutz, FL 33559-3225

Joannie L. Gaytan  
281 Tanglewood  
Eagle Pass, TX 78852-6712

JOHNSON CONTROLS FIRE PROTECTION  
BANKRUPTCY  
50 TECHNOLOGY DRIVE  
WESTMINSTER, MA 01441

JULIE REGALADO

JULIE REGALADO
3860 SW 30th Street
HOLLYWOOD, CA 33023

Karla Del Villar
15322 Blue Creek Ranch Dr
Houston, TX 77086-1120

Karla Garcia
1974 Lindburgh Cir
Eagle Pass, TX 78852-6020

KATHERINE MARTINEZ ANEIRO
URB. SANTA TERESITA 6531 CALLE
SAN ALVARO
PONCE, PR 00730-4409

Katy Management District #1
12841 Capricorn St.
Stafford, TX 77477-3912

Katy Management District #1(HFBM4)
Carl O Sandin
1235 North Loop West Ste. 600
Houston, TX 77008-1772

Kayrie Marto
1213 E. Susan Drive
Carson, CA 90745-1654

Kennisha Harris
100 Hollow Tree Ln Apt #1125
Houston, TX 77090-1717

Keter Environment Service
4 High Ridge Park, Suite 202
Stanford, CT 06905-1300

Kevin Hernandez Benites
13608 Sableglen St
Houston, TX 77014-2801

Kimberly Gonzalez Lerma
12627B Veterans Memorial DR
Houston, TX 77014-2101

Krystel Vasquez
1550 Juniper Twig Ave
Las Vegas, NV 89183-7116

Lakeline Developers
225 West Washington St
Indianapolis, IN 46204-3438

LANDLORDS-MACERICH CO ET AL
C/O DUSTIN P BRANCH
BALLARD SPAHR LLP
2029 CENTURY PARK EAST SUITE 800
LOS ANGELES, CA 90067-2909

LCG Stout Drive, LLC
c/o Kimberly Sims
Palter Sims Martinez PLLC
8115 Preston Road, Suite 600
Dallas, Texas 75225-6342

LCG STOUT DRIVE, LLC
C/O KIMBERLY SIMS
PALTER SIMS MARTINEZ, PLLC
8115 PRESTON RD. SUITE 600
DALLAS, TX 75225

linda muth
8544 amber star street
las vegas, NV 89139-7044

(YOU REPRESENT MANY TAX ENTITIES)
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON,LLP
WESTON CENTRE
112 E PECAN STREET SUITE 2200
SAN ANTONIO, TX 78205

LOS ANGELES COUNTY TREASURER & TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

Mall at Ingram Park, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mall at Katy Mills, LP
BANKRUPTCY DEPT
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

Mall at Miami International, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mall at Midland Park, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mara Fernanda Holguin
325 Mariana Circle
El Paso, TX 79915-4508

Maria Carrillo Lugo
4512 commander drive apt.1715
Orlando, FL 32822-3501

Maria Fernanda Holguin
325 Mariana Circle
El Paso, TX 79915-4508

Maria J Vazquez
2793 W 74 terr
Hialeah, FL 33016-5433

Mariela Lopez
10019. Briarpark Trail Ln
Houston, TX 77064-4280

MARISOL PEREZ
117 LOS ANGELES DRIVE
EAGLE PASS, TX 78852

MARTIN TORRES
254 OLMITO STREET
BROWNSVILLE, TX 78521

Marylisa perez
1005 W. Rusk st.
Tyler, TX 75701-1428

Maverick County
c/o Carlos M. Arce
PBFCM, LLP
613 NW Loop 410, Ste. 550
San Antonio, TX 78216-5593

Mercedes Premium Outlets L.P.
BANKRUPTCY DEPT
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

Meybell Romero
PO BOX 2126
Missouri city, TX 77459-9126

Midland CAD
c/o Tara LeDay
P. O. Box 1269
Round Rock, TX 78680-1269

Midland County
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

MIRTA DE LA CARIDAD RODRIGUEZ
GONZALEZ, 421 NW 107th AVE.
APT. 204
MIAMI, FL 33172

MXLI, L.L.C.
P.O. Box 447
Odessa, FL 33556-0447

MXLI, LLC
Jack O'Boyle & Associates
P.O. Box 815369
Dallas, TX 75381-5369

Nadia Perez
125 W Barioni Blvd Apt 107
Imperial, CA 92251-1608

Norma Angelica Cortes Duenas
1991 Bandolier Ln
San Diego CA 92154-4239

North Star Mall, LLC
c/o Brookfield Property, REIT, Inc.
350 N Orleans St
Ste 300
Chicago, IL 60654-1607

olga yera
2757 w 73 Place
Hialeah, FL 33016-5424

Parks at Arlington, LLC
c/o Brookfield Property REIT, Inc.
350 N Orleans St
Ste 300
Chicago, IL 60654-1607

Priscilla Perez
P.O. Box 306
La villa, TX 78562-0306

Project 28 Clothing LLC
c/o LAZARUS & LAZARUS, P.C.
240 Madison Avenue, 8th Flr.
New York, NY 10016-2878
Attn: Harlan M. Lazarus, Esq.

PUERTO RICO ELECTRIC POWER
C/0 MARIA T GORBEA-BANKRUPTCY
OFFICE
PO BOX 364267
SAN JUAN, PR 00936

RAFAEL E MONTANEZ OCASIO
PLAZA 2 SA 44 MANSION DEL SUR 00949
TOA BAJA, PUERTO RICO 00949

RICHELLE ALEJO
127 BELLA DRIVE
DAVENPORT, FL 33837

San Marcos CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

San Marcos Premium Outlets, LP
225 West Washington St
Indianapolis, IN 46204-3438

Second Avenue Capital Partners, LLC
Attention: Mark Gallivan
75 Second Avenue, Suite 550
Needham Heights, MA 02494-2858

Second Avenue Capital Partners, LLC
Jennifer F. Wertz
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701-4042

SHELLY A. DEROUSSE
C/O FREEBORN & PETERS, LLP
311 S WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

SierraConstellation Partners
C/O LAW OFFICES OF WILLIAM B KINGMAN, PC
3511 BROADWAY
SAN ANTONIO, TX 78209

Simon Prop. Grp.(TX) LP
225 West Washington St
Bankruptcy Dept/Collections
Indianapolis, IN 46204-3438

SIMON PROPERTY GROUP
C/O LYNN H. BUTLER
HUSCH BLACKWELL LLP
111 CONGRESS AVE., SUITE 1400
AUSTIN, TX 78701

| | | |
|---|---|---|
| Smith County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Elizabeth Weller<br>2777 N Stemmons Frwy Suite 1000<br>Dallas, TX 75207 | Spring Branch Independent School District<br>P.O. Box 19037<br>Houston, TX 77224-9037 | State of Minnesota, Department of Revenue<br>Minnesota Revenue<br>PO Box 64447 - BKY<br>St. Paul, MN 55164-0447 |
| State of Nevada Department of Taxation<br>555 E. Washington Ave. Ste. #1300<br>Las Vegas, NV 89101-1046 | Sunny George Chandy<br>8425 Blazing Star Circle<br>Shakopee, MN 55379-3161 | Sunrise Mills (MLP), LP<br>225 West Washington St<br>Indianapolis, IN 46204-3438 |
| Tatiana Campos<br>9832 Trailing Daisy St.<br>Las Vegas, NV 89183-7126 | Tatiana nio<br>2300 ne 215 street<br>Aventura, FL 33180-1054 | TAUBMAN LANDLORDS<br>C/O ANDREW S. CONWAY, ESQ.<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMINFIELD HILLS, MI 48304 |
| TENNESSEE DEPARTMENT OF REVENUE<br>TDOR C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Texas Workforce Commission<br>TWC Building - Regulatory Integrity Div<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| THE COMPTROLLER OF PUBLIC ACCTS<br>STATE OF TEXAS<br>CHRISTOPHER MURPHY<br>BANKRUPTCY/PO BOX 12548<br>AUSTIN, TX 78711 | The Domain Mall, LLC<br>Attn: Bankruptcy Dept.<br>225 West Washington St<br>Indianapolis, IN 46204-3438 | ThyssenKrupp Elevator Corp.<br>c/o Law Office of D. Park Smith<br>250 Cherry Springs Road, Suite 200<br>Hunt, TX 78024-3010 |
| Tina Grubbs<br>104 Courtney Drive<br>Bullard, TX 75757-9708 | Town East Mall, LLC<br>350 N Orleans St<br>Ste 300<br>Chicago, IL 60654-1607 | Tyler Independent School District<br>c/o Tab Beall<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 2007<br>Tyler, TX  75710-2007 |
| U.S. Trustee<br>Office of The U.S. Trustee<br>615 E Houston Street<br>San Antonio, TX 78205-2001 | UNSECURED CREDITORS COMMITTEE<br>C/O ELIZABETH L JANCZAK<br>FREEBORN & PETERS, LLP<br>311 S WACKER DR., SUITE 3000<br>CHICAGO, IL 60606-6677 | Victoria Becerra<br>562 calle de los santos apt 6<br>eagle pass, TX 78852-6185 |
| Viviana Rodriguez<br>605 Cancun Dr. APT 2<br>Pharr, TX 78577-2425 | Washington Prime Group Inc.<br>c/o Frost Brown Todd LLC<br>Ronald E. Gold<br>301 E. 4th Street<br>Cincinnati, Ohio 45202-4257 | Wendy E Quijada Bonilla<br>1567 Parkwood Place<br>Concord, CA 94521-2204 |
| Williamson County<br>c/o Tara LeDay<br>P. O. Box 1269<br>Round Rock, TX 78680-1269 | Willowbrook Mall (TX), LLC<br>c/o Brookfield Property, REIT, Inc.<br>350 N Orleans St<br>Ste 300<br>Chicago, IL 60654-1607 | Wiscosain Department of Revenue<br>PO BOX 8901<br>Madison, WI 53708-8901 |
| Woodfield Mall, LLC<br>225 West Washington St<br>Indianapolis, IN 46204-3438 | Yadira Pino<br>2466 NW 102nd ST<br>MIAMI, FL 33147-1745 | Yalixa Gomez<br>5510 Somerville St.<br>Laredo, TX 78046-5199 |

Yanis Robles
1136 monica rhia dr.
EAGLE PASS, TX 78852-5524