The relief described hereinbelow is SO ORDERED.

Signed February 12, 2020.



_____
Ronald B. King
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-51919-rbk |
| | § | |
| A'GACI, LLC | § | |
| | § | |
| | § | |
| DEBTORS. | § | CHAPTER 7 PROCEEDING |

ORDER AUTHORIZING TRUSTEE TO SELL PROPERTY OF DEBTOR (CLASS ACTION SUIT AGAINST VISA/MASTERCARD) FREE AND CLEAR OF ALL LIENS AND INTERESTS IN OPEN COURT

On the 12th day of February, 2020, came to be heard by the United States Bankruptcy Judge the Trustee's Motion to Sell Property of Debtor, the Class Action Suit Against Visa/Mastercard, Free and Clear of All Liens and Interests in Open Court. The Court having considered the Motion and 2nd Avenue Capital Partners' Response and finds that the Trustee's Motion to Sell has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Trustee is hereby authorized to sell to Jefferies, LLC for $70,000.00, the Class Action Suit Against Visa/Mastercard.

It is further
ORDERED, ADJUDGED, and DECREED that the sale of the foregoing property shall be

free and clear of all liens and interests, valid and invalid, and the same is hereby approved and affirmed, subject to 2nd Avenue Capital Partners' right to assert their alleged lien rights against the proceeds of the sale, only, specified in their Response to the Trustee's Motion to Sell, if any, and subject to the Trustee's rights to dispute 2nd Avenue Capital Partners' alleged lien on the sale proceeds. No further distribution of the proceeds from this sale shall be made without further Orders of this Court. It is further

ORDERED, ADJUDGED & DECREED that notwithstanding the provisions of Bankruptcy Rules 6004 and 6006 or any applicable provisions of the Local Rules, this Order shall be not be stayed for <u>FOURTEEN DAYS</u> after the entry hereof, but shall be effective and enforceable immediately upon entry. It is further

ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to execute the documents necessary to effectuate the sale of the above-described property.

### # # #

RANDOLPH N. OSHEROW, Chapter 7 Trustee
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com