IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| A'GACI, L.L.C. | § § | Case No. 19-51919-RBK |
| *Debtor.* | § | Chapter 11 |

## APPLICATION TO COMPROMISE AND SETTLE CLAIMS AGAINST QBE SEGUROS PURSUANT TO BANKRUPTCY RULE 9019

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE H. RONALD B. KING, U. S. BANKRUPTCY JUDGE:

COMES NOW Randolph N. Osherow, the duly appointed Chapter 7 Trustee, by and through his attorney, and pursuant to Federal Rule of Bankruptcy Procedure 9019, files this *Trustee's Motion to Compromise and Settlement Claims with QBE Seguros Pursuant to Bankruptcy Rule 9019* (the "Motion"), and would respectfully show the Court as follows:

## I.
## INTRODUCTION

1. Randolph N. Osherow is the Chapter 7 Trustee ("Trustee") for the bankruptcy estate of A'GACI, LLC (the "Debtor"). Trustee seeks approval of and authority to enter into a settlement (the "Agreement") with QBE Seguros ("QBE"), currently known as Óptima Seguros[1], pursuant to Rule 9019. The proposed Agreement will result in prompt payment to the Estate and the immediate resolution of what is certain to be protracted and costly litigation. Accordingly, and as set forth herein, the Chapter 7 Trustee believes that the Agreement should be approved pursuant to Rule 9019.

## II.
## JURISDICTION

2. This Court has jurisdiction to consider this matter under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b).

3. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

4. Relief is sought pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## III.
## BACKGROUND

5. This case was filed as a chapter 11 bankruptcy on August 7, 2019. Significant events occurred during the pendency of the Chapter 11 proceeding of which this Court is fully aware.

6. On October 4, 2019, the case was converted to chapter 7, at which time Randolph N. Osherow was appointed as Chapter 7 Trustee and continues to act in that capacity.

7. Prior to the filing for relief under the Bankruptcy Code, the Debtor purchased a property and casualty insurance policy covering commercial property, inventory and other personal property of the Debtor. A true and correct copy of the Insurance Policies are collectively attached hereto as Exhibit "A" and are incorporated by reference for any and all purposes.

8. Specifically, QBE issued Policy No. CP-0057940-1 ( the "Policy").

9. On September 20, 2017, hurricane Maria (Category 4) hit and devastated Puerto Rico and other regional locations. As a result, the Debtor suffered substantial loss of its property. The Debtor has made a claim under QBE Policy No. 55-CP-0057940-1 identified as claim number 73316.

10. Strangely, the named insured parties under Policy No. 55-CP-0057940-1 include *AGACI LLC AND OR TWIGLAND FASHIONS INC AND OR WON MANAGEMENT LLC*. However, Debtor is the insured, the owner of all the property covered under Policy No. 55-CP-0057940-1 and the only party that suffered injury due to the hurricane. As such, no distribution under the settlement

---

[1] Per Corporate Resolution and Certificate of Amendment effective September 13, 2019, the name of insurance company "QBE Seguros" changed to "Óptima Seguros".

# VI.
# GROUNDS FOR RELIEF

15. The proposed Agreement resolves complicated and likely protracted litigation with QBE; litigation in which a legal or financial success for the estate is far from certain. The Chapter 7 Trustee believes the Agreement is in the best interest of this chapter 7 estate.

16. Rule 9019(a) of the Federal Rules of Bankruptcy Procedure provides in relevant part that on motion by a trustee and after notice and a hearing the court may approve a compromise or settlement. "Settlements and compromises are a normal part of the process of reorganization." *Protective Comm. Four Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 428 (1968) (quoting *Case v. The Los Angeles Lumber Prod. Co.*, 308 U.S. 106, 130 (1939).

10. The decision whether to approve a particular settlement lies within the discretion of the Bankruptcy Court. *American Can Co. v. Herpel, (In re: Jackson Brewing Co.)*, 624 F.2d 605, 607 (5th Cir. 1980). "A reviewing court will uphold the approval of a settlement if it is the result of adequate and intelligent consideration of the merits of the claims, the difficulties of pursuing them, the potential harm to debtor's estate caused by the delay, and the fairness of the terms of the settlement." *TMT Trailer Ferry, Inc.*, 390 U.S. at 434.

11. The Fifth Circuit has held that in deciding whether to approve a settlement, courts should evaluate and set forth in comprehensive fashion:

   a. probability of success in the litigation, with due consideration for the uncertainty in fact and law;

   b. the complexity and likely duration of the litigation and any intended expenses, inconvenience, and delay; and

   c. all other facts bearing on the wisdom of the compromise.

*In re Jackson Brewing Co.*, 624 F.2d at 607-08.

12. The Trustee believes that the proposed settlement is in the best interest of the Chapter 7 Estate because it results in a fair and equitable compromise after consideration of the aforementioned

factors. Further, it resolves a multi-faceted legal dispute with QBE, which could be both lengthy and costly, and it facilitates payment of certain claims. Therefore, in the Trustee's assessment, this settlement results in significant savings to the Chapter 7 Estate and its creditors.

**Probability of Success on the Merits:**

13. This matter is contested by the parties. All parties and their respective counsel believe that they will prevail on the merits. The Trustee, in exercising his business judgment, believes that the proposed settlement will adequately compensate the estate and reduce the risk to the Chapter 7 Estate. Further, the Chapter 7 Estate has limited resources to fund any of the litigation. The Trustee prefers to allocate resources to the payment of claims rather than to fund speculative litigation that may not yield an economic benefit to the Chapter 7 Estate. The Trustee, having reviewed the matter, has determined that the risk of prevailing, as with all litigation, is questionable and the associated cost will redound to the detriment of the Chapter 7 Estate.

**Other Factors:**

14. In addition to contributing to the prompt administration of this Chapter 7 Estate, approval of and authority to enter into the Agreement allows the Trustee to pay claims more expeditiously than if the Trustee were required to fully litigate the lawsuits.

15. It is the sound business judgment of the Chapter 7 Trustee, after thorough consideration of the aforementioned factors, that the proposed settlement is in the best interest of this Chapter 7 Estate. The Trustee submits that the terms of the proposed Agreement fall within the reasonable range of litigation possibilities as set forth in *TMT Trailer Ferry, Inc.*, supra.

**Relief Requested:**

16. In accordance with this Motion, the Chapter 7 Trustee seeks to compromise and settle claims between the parties as provided herein.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Randolph N. Osherow, Chapter 7 Trustee, respectfully requests that the Court grant this Motion to Settle and approve the proposed settlement under the terms set forth herein and for such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

By: /s/ *Steve Turner*
    Steve Turner
    State Bar No. 20341700
    Brian S. Engel
    State Bar No. 00789279
    3809 Juniper Trace, Suite 205
    Austin, Texas 78738
    Phone: (512) 687-2502
    Fax: (512) 477-1112
    SteveT@BDFGroup.com
    BrianEn@BDFGroup.com

ATTORNEYS FOR RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on the 2nd day of March, 2020, a true and correct copy of the foregoing document was served upon the parties on the attached mailing matrix via first class mail and by electronic means as listed on the Court's ECF noticing system or by regular first class U. S. Mail. The following parties are personally served through their Service Agent as follows:

Twigland Fashions Inc. and Won Management Inc.

*C T Corporation System*
*1999 Bryan Street*
*Suite 900*
*Dallas, Texas 75201*

/s/ Steve Turner
Steve Turner

| | | |
|---|---|---|
| 1054 Superba Avenue<br>8227 Sorenson Avenue<br>1054 Superba Avenue<br>Santa Fe Springs, CA 90670 | A'Gaci LLC<br>12460 Network Blvd.<br>Suite #106<br>San Antonio, TX 78249-3366 | A'Gaci<br>1500 AVE LOS ROMEROS APT 705<br>JARDINES MONTEHIEDRA<br>SAN JUAN PUERTO RICO 00926 |
| Adriana Alejandra Hernandez<br>1615 Trinity St. Apt. #150<br>Eagle Pass, TX 78852-3548 | AFCO Credit Corporation<br>C/O JOHNSTON PRATT PLLC<br>1717 MAIN STREET SUITE 3000<br>DALLAS, TX 75201 | AGACI<br>8401 GATEWAY BOULEVARD<br>WEST, SUITE G 11B<br>EL PASO, TX 79925 |
| ALEJANDRA ALVAREZ<br>1800 E STEWART ST UNIT 127<br>LAREDO, TX 78043 | Alejandro J Perez<br>1507 West Mesa Park Dr<br>Round Rock, TX 78664-3124 | Alexa Jara<br>2525 Walters Way Apt#17<br>concord, CA 94520-3127 |
| ALEXANDRA POLANCO<br>5921 LEE VISTA BLVD APT 305<br>Orlando, FL 32822-1511 | ALEXIS DANIELLE RICE<br>253 CJ JONES COVE<br>CIBOLO, TX 78108 | ALEXIS JACKSON<br>8936 GUARD HILL DRIVE<br>FORT WORTH, TX 76123 |
| Alief Independent School District<br>P.O. Box 368<br>Alief, TX 77411-0368 | Alief ISD, et al.<br>c/o Owen M. Sonik<br>1235 North Loop West, Suite 600<br>Houston, TX 77008-1772 | ALLIE GARZON<br>1840 LEONARD LANE<br>LAS VEGAS, NV 89108-2329 |
| Amanda N. Rivera<br>3000 Wheeling Ave.<br>El Paso, TX 79930-4320 | Ambiance Apparel<br>2415 E. 15th Street<br>Los Angeles, CA 90021-2936 | Andrea I Lee<br>5981 NW 32ND AVE<br>Miami, FL 33142-2118 |
| ANDREA SANTOS<br>873 AVENUE B APT 2<br>EAGLE PASS, TX 78852 | Arlington ISD<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 | Armani Ortiz<br>15506 Morning Drive<br>Lutz, FL 33559-3225 |
| ASTRID BETENCOURT<br>1843 CEDAR LAKE DR.<br>ORLANDO, FL 32824 | Avenues Mall, LLC<br>225 West Washington St<br>Indianapolis, IN 46204-3438 | Azalia Martinez<br>1759 Rebecca Lane<br>Eagle Pass, TX 78852-1353 |
| Beatriz Vazquez Castro<br>1586 Howard Ave<br>San Diego, CA 92173-1210 | Beazley Execuguard<br>c/o Michael M. Parker<br>Norton Rose Fulbright US LLP<br>111 W. Houston Street, Suite 1800<br>San Antonio, TX 78205-1111 | Bell TAD<br>c/o Tara LeDay<br>P. O. Box 1269<br>Round Rock, TX 78680-1269 |
| Bexar County<br>c/o Don Stecker<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 | BGE<br>PO Box 1475<br>Baltimore, MD 21203-1475 | BLUE DOT USA INC.<br>DBA WAX JEAN<br>2415 E 15TH STREET<br>LOS ANGELES, CA 90021 |

Bobby Lopez
3510 pine st
Laredo, TX 78046-6300

Brazoria County Tax Office
Ro'vin Garrett, PCC
111 E locust
Angleton, TX 77515-4642

Brenda Michelle Gutierrez
13949 Bammel North Houston Rd 413
Houston, TX 77066-2936

Brookfield Property REIT, Inc.
350 N. Orleans Street, Suite 300
Chicago, IL 60654 -1607
Attn: Bankruptcy Services

Cameron County Tax Assessor - Collector
C/O DIANE W SANDERS
LINEBARGER, GOGGAN BLAIR &
SAMPSON, PO BOX 17428
AUSTIN, TX 78760

Camila Pozo
3940 Sw 102 Ave Apt F123
Miami, FL 33165-4573

CAROLINE MERCED
MANSION DEL LAGO
126 CALLE LAGO CERILLOS
COTTO LAUREL, PR 00780

CITY OF EAGLE PASS
C/O DON STECKER
711 NAVARRO SUITE 300
SAN ANTONIO, TX 78205

CITY OF EL PASO
C/O DON STECKER
711 NAVARRO SUITE 300
SAN ANTONIO, TX 78205

City of Grapevine
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

City of Houston
Harris County Tax Assessor-Collector
1235 North Loop West, Suite 600
Houston, TX 77008-1772

City of Katy
1317 Eugene Heimann Circle
Richmond, TX 77469-3623

City of Katy
Michael J Darlow
1235 North Loop West Ste. 600
Houston, TX 77008-1772

CITY OF LOS ANGELES
OFFICE OF FINANCE
LOS ANGELES CITY ATTNY OFF
200 N MAIN SUITE 920
LOS ANGELES, CA 90012

City of McAllen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

City of Mercedes
c/o John T. Banks
3301 Northland Drive Suite 505
Austin, TX 78731-4954

CITY OF MESQUITE
& MESQUITE IND. SCHOOL DIST.
C/O GARY ALLMON GRIMES
120 N MAIN, #201
MESQUITE, TX 75149

Coral-CS Ltd. Associates
225 West Washington St
Bankruptcy Dept.
Indianapolis, IN 46204-3438

cristal loza
23024 yupon st
Porter, TX 77365-6284

Crowley ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Cypress Fairbanks ISD
C/O John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

DAREISHA RENTAS LINDBERTH
PO BOX 2017 Pmb 286
LAS PIEDRAS, PR, PA 00771

DAVID ESCAMILLA
TRAVIS COUNTY ATTORNEY
PO BOX 1748
AUSTIN, TX 78767

DAVID WON
10305 NW 63RD TERRACE
APT 207
DORAL, FL 33178-3317

Deerbrook Mall, LLC
c/o Brookfield Properties
Attn: Stacie L. Herron, General Counsel
350 N. Orleans St. Ste. 300
Chicago, IL 60654-1607

Del Amo Fashion Center Op Company, LLC
Attn: Bankruptcy Dept.
225 West Washington Street
Indianapolis, IN 46204

DELISA GONZALEZ
34 PINAR DEL RIO
BROWNSVILLE, TX 78526

DEPARTMENT OF TAXATION
STATE OF HAWAII
ATTN; BANKRUPTCY UNIT
PO BOX 259
HONOLULU, HI 96809-0259

DEVON J EGGERT
C/O FREEBORN & PETERS, LLP
311 S WACKER DR. SUITE 3000
CHICAGO, IL 60606-6677

DHL eCommerce
P.O. Box 406222
Atlanta, GA 30384-6222

DRaye Rodriguez
4010 49th Street
Lubbock, TX 79413-3720

EAGLE PASS ISD
C/O DON STECKER
711 NAVARRO SUITE 300
SAN ANTONIO, TX 78205

EklecCo NewCo LLC
c/o Barclay Damon LLP
Attn: Kevin M. Newman
125 East Jefferson Street
Syracuse, NY 13202-2515

ELIZABETH GUIFARRO
2310 FALLING OAK RD.
HOUSTON, TX 77038

Elizabeth Ortiz
4523 Richland Chambers Ln.
Humble, TX 77396-1940

Enchante Accessories Inc.
16 East 34th Street 16th Floor
New York, NY 10016-4359

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209-6513

Esmeralda Isabel Chavarin
6819 Radio Dr
San Diego, CA 92114-1611

Euler Hermes, N.A.
Insurance Co.
800 Red Brook Blvd
Owings Mills, MD 21117-5189

Florida Mall Assoc., Ltd.
Attn; Bankruptcy Department
225 West Washington St
Indianapolis, IN 46204-3438

Fort Bend County
C/O John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

Gabriela E Martinez
2500 W MOUNT HOUSTON RD TRAILER 240
HOUSTON, TX 77038-3507

Grapevine Mills Mall Limited Partnership
Bk Department
225 West Washington Street
Indianapolis, IN 46204

Grapevine-Colleyville ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Hays County
c/o Tara LeDay
P. O. Box 1269
Round Rock, TX 78680-1269

HG Galleria, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Hidalgo County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

HILCO MERCHANT RESOURCES
C/O PATRICK L. HUFFSTICKLER
DYKEMA GOSSETT PLLC
112 E Pecan Street, Suite 1800
San Antonio, TX 78205

Hulen Mall, LLC
350 N Orleans St
Ste 300
Chicago, IL 60654-1607

Humble Independent School District
Carl O Sandin
1235 North Loop West Ste 600
Houston, TX 77008-1772

Humble Independent School District
P.O. Box 4020
Houston, TX 77210-4020

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jazmine Pauline Ceniceros
1584 Catham Cir
El Paso, TX 79928-6901

Jennifer Gutierrez
10630 Solera Ln
Houston, TX 77040-7102

jerica batista
23939 clipper hill lane
spring, TX 77373-4101

Jessika Ortiz
15506 Morning Drive
Lutz, FL 33559-3225

Joannie L. Gaytan
281 Tanglewood
Eagle Pass, TX 78852-6712

JOHNSON CONTROLS FIRE PROTECTION
BANKRUPTCY
50 TECHNOLOGY DRIVE
WESTMINSTER, MA 01441

JULIE REGALADO

JULIE REGALADO
3860 SW 30th Street
HOLLYWOOD, CA 33023

Karla Del Villar
15322 Blue Creek Ranch Dr
Houston, TX 77086-1120

Karla Garcia
1974 Lindburgh Cir
Eagle Pass, TX 78852-6020

KATHERINE MARTINEZ ANEIRO
URB. SANTA TERESITA 6531 CALLE
SAN ALVARO
PONCE, PR 00730-4409

Katy Management District #1
12841 Capricorn St.
Stafford, TX 77477-3912

Katy Management District #1(HFBM4)
Carl O Sandin
1235 North Loop West Ste. 600
Houston, TX 77008-1772

Kayrie Marto
1213 E. Susan Drive
Carson, CA 90745-1654

Kennisha Harris
100 Hollow Tree Ln Apt #1125
Houston, TX 77090-1717

Keter Environment Service
4 High Ridge Park, Suite 202
Stanford, CT 06905-1300

Kevin Hernandez Benites
13608 Sableglen St
Houston, TX 77014-2801

Kimberly Gonzalez Lerma
12627B Veterans Memorial DR
Houston, TX 77014-2101

Krystel Vasquez
1550 Juniper Twig Ave
Las Vegas, NV 89183-7116

Lakeline Developers
225 West Washington St
Indianapolis, IN 46204-3438

LANDLORDS-MACERICH CO ET AL
C/O DUSTIN P BRANCH
BALLARD SPAHR LLP
2029 CENTURY PARK EAST SUITE 800
LOS ANGELES, CA 90067-2909

LCG Stout Drive, LLC
c/o Kimberly Sims
Palter Sims Martinez PLLC
8115 Preston Road, Suite 600
Dallas, Texas 75225-6342

LCG STOUT DRIVE, LLC
C/O KIMBERLY SIMS
PALTER SIMS MARTINEZ, PLLC
8115 PRESTON RD. SUITE 600
DALLAS, TX 75225

linda muth
8544 amber star street
las vegas, NV 89139-7044

(YOU REPRESENT MANY TAX ENTITIES)
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON,LLP
WESTON CENTRE
112 E PECAN STREET SUITE 2200
SAN ANTONIO, TX 78205

LOS ANGELES COUNTY TREASURER & TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

Mall at Ingram Park, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mall at Katy Mills, LP
BANKRUPTCY DEPT
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

Mall at Miami International, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mall at Midland Park, LLC
225 West Washington St
Indianapolis, IN 46204-3438

Mara Fernanda Holguin
325 Mariana Circle
El Paso, TX 79915-4508

Maria Carrillo Lugo
4512 commander drive apt.1715
Orlando, FL 32822-3501

Maria Fernanda Holguin
325 Mariana Circle
El Paso, TX 79915-4508

Maria J Vazquez
2793 W 74 terr
Hialeah, FL 33016-5433

Mariela Lopez
10019. Briarpark Trail Ln
Houston, TX 77064-4280

MARISOL PEREZ
117 LOS ANGELES DRIVE
EAGLE PASS, TX 78852

MARTIN TORRES
254 OLMITO STREET
BROWNSVILLE, TX 78521

Marylisa perez
1005 W. Rusk st.
Tyler, TX 75701-1428

Maverick County
c/o Carlos M. Arce
PBFCM, LLP
613 NW Loop 410, Ste. 550
San Antonio, TX 78216-5593

Mercedes Premium Outlets L.P.
BANKRUPTCY DEPT
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

Meybell Romero
PO BOX 2126
Missouri city, TX 77459-9126

Midland CAD
c/o Tara LeDay
P. O. Box 1269
Round Rock, TX 78680-1269

Midland County
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

MIRTA DE LA CARIDAD RODRIGUEZ
GONZALEZ, 421 NW 107th AVE.
APT. 204
MIAMI, FL 33172

MXLI, L.L.C.
P.O. Box 447
Odessa, FL 33556-0447

MXLI, LLC
Jack O'Boyle & Associates
P.O. Box 815369
Dallas, TX 75381-5369

Nadia Perez
125 W Barioni Blvd Apt 107
Imperial, CA 92251-1608

Norma Angelica Cortes Duenas
1991 Bandolier Ln
San Diego CA 92154-4239

North Star Mall, LLC
c/o Brookfield Property, REIT, Inc.
350 N Orleans St
Ste 300
Chicago, IL 60654-1607

olga yera
2757 w 73 Place
Hialeah, FL 33016-5424

Parks at Arlington, LLC
c/o Brookfield Property REIT, Inc.
350 N Orleans St
Ste 300
Chicago, IL 60654-1607

Priscilla Perez
P.O. Box 306
La villa, TX 78562-0306

Project 28 Clothing LLC
c/o LAZARUS & LAZARUS, P.C.
240 Madison Avenue, 8th Flr.
New York, NY 10016-2878
Attn: Harlan M. Lazarus, Esq.

PUERTO RICO ELECTRIC POWER
C/0 MARIA T GORBEA-BANKRUPTCY
OFFICE
PO BOX 364267
SAN JUAN, PR 00936

RAFAEL E MONTANEZ OCASIO
PLAZA 2 SA 44 MANSION DEL SUR 00949
TOA BAJA, PUERTO RICO 00949

RICHELLE ALEJO
127 BELLA DRIVE
DAVENPORT, FL 33837

San Marcos CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

San Marcos Premium Outlets, LP
225 West Washington St
Indianapolis, IN 46204-3438

Second Avenue Capital Partners, LLC
Attention: Mark Gallivan
75 Second Avenue, Suite 550
Needham Heights, MA 02494-2858

Second Avenue Capital Partners, LLC
Jennifer F. Wertz
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701-4042

SHELLY A. DEROUSSE
C/O FREEBORN & PETERS, LLP
311 S WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

SierraConstellation Partners
C/O LAW OFFICES OF WILLIAM B KINGMAN, PC
3511 BROADWAY
SAN ANTONIO, TX 78209

Simon Prop. Grp.(TX) LP
225 West Washington St
Bankruptcy Dept/Collections
Indianapolis, IN 46204-3438

SIMON PROPERTY GROUP
C/O LYNN H. BUTLER
HUSCH BLACKWELL LLP
111 CONGRESS AVE., SUITE 1400
AUSTIN, TX 78701

Smith County  
Linebarger Goggan Blair & Sampson LLP  
c/o Elizabeth Weller  
2777 N Stemmons Frwy Suite 1000  
Dallas, TX 75207

Spring Branch Independent School District  
P.O. Box 19037  
Houston, TX 77224-9037

State of Minnesota, Department of Revenue  
Minnesota Revenue  
PO Box 64447 - BKY  
St. Paul, MN 55164-0447

State of Nevada Department of Taxation  
555 E. Washington Ave. Ste. #1300  
Las Vegas, NV 89101-1046

Sunny George Chandy  
8425 Blazing Star Circle  
Shakopee, MN 55379-3161

Sunrise Mills (MLP), LP  
225 West Washington St  
Indianapolis, IN 46204-3438

Tatiana Campos  
9832 Trailing Daisy St.  
Las Vegas, NV 89183-7126

Tatiana nio  
2300 ne 215 street  
Aventura, FL 33180-1054

TAUBMAN LANDLORDS  
C/O ANDREW S. CONWAY, ESQ.  
200 EAST LONG LAKE ROAD, SUITE 300  
BLOOMINFIELD HILLS, MI 48304

TENNESSEE DEPARTMENT OF REVENUE  
TDOR C/O ATTORNEY GENERAL  
PO BOX 20207  
NASHVILLE, TN 37202-0207

Texas Comptroller of Public Accounts  
c/o Office of the Attorney General  
Bankruptcy - Collections Division MC-008  
PO Box 12548  
Austin TX  78711-2548

Texas Workforce Commission  
TWC Building - Regulatory Integrity Div  
101 E. 15th Street  
Austin, TX 78778-0001

THE COMPTROLLER OF PUBLIC ACCTS  
STATE OF TEXAS  
CHRISTOPHER MURPHY  
BANKRUPTCY/PO BOX 12548  
AUSTIN, TX 78711

The Domain Mall, LLC  
Attn: Bankruptcy Dept.  
225 West Washington St  
Indianapolis, IN 46204-3438

ThyssenKrupp Elevator Corp.  
c/o Law Office of D. Park Smith  
250 Cherry Springs Road, Suite 200  
Hunt, TX 78024-3010

Tina Grubbs  
104 Courtney Drive  
Bullard, TX 75757-9708

Town East Mall, LLC  
350 N Orleans St  
Ste 300  
Chicago, IL 60654-1607

Tyler Independent School District  
c/o Tab Beall  
Perdue Brandon Fielder Collins & Mott  
PO Box 2007  
Tyler, TX  75710-2007

U.S. Trustee  
Office of The U.S. Trustee  
615 E Houston Street  
San Antonio, TX 78205-2001

UNSECURED CREDITORS COMMITTEE  
C/O ELIZABETH L JANCZAK  
FREEBORN & PETERS, LLP  
311 S WACKER DR., SUITE 3000  
CHICAGO, IL 60606-6677

Victoria Becerra  
562 calle de los santos apt 6  
eagle pass, TX 78852-6185

Viviana Rodriguez  
605 Cancun Dr. APT 2  
Pharr, TX 78577-2425

Washington Prime Group Inc.  
c/o Frost Brown Todd LLC  
Ronald E. Gold  
301 E. 4th Street  
Cincinnati, Ohio 45202-4257

Wendy E Quijada Bonilla  
1567 Parkwood Place  
Concord, CA 94521-2204

Williamson County  
c/o Tara LeDay  
P. O. Box 1269  
Round Rock, TX 78680-1269

Willowbrook Mall (TX), LLC  
c/o Brookfield Property, REIT, Inc.  
350 N Orleans St  
Ste 300  
Chicago, IL 60654-1607

Wiscosain Department of Revenue  
PO BOX 8901  
Madison, WI 53708-8901

Woodfield Mall, LLC  
225 West Washington St  
Indianapolis, IN 46204-3438

Yadira Pino  
2466 NW 102nd ST  
MIAMI, FL 33147-1745

Yalixa Gomez  
5510 Somerville St.  
Laredo, TX 78046-5199

Yanis Robles  
1136 monica rhia dr.  
EAGLE PASS, TX 78852-5524