

745 EAST MULBERRY, STE 700 · SAN ANTONIO, TEXAS 78212
T 210.736.6600 · F 210.735.6889
TAX ID 74-2407279
SAN ANTONIO · CARRIZO SPRINGS · EAGLE PASS · KARNES CITY · CASTROVILLE · NEW BRAUNFELS



Randolph N. Osherow  June 4, 2020
Liquidating Trustee  Invoice: 502887
342 W. Woodlawn Ave., #300
San Antonio, TX 78212

Client No.   14121  Osherow, Randolph N.
Matter No.   0028  In Re: A'GACI; Case No. 19-51919K
Claim No.    19-51919K

| | |
|---|---:|
| For Professional Legal Services Rendered Through May 31, 2020 | 74,250.00 |
| Disbursements and Other Charges Rendered Through May 31, 2020 | 279.20 |
| **TOTAL THIS INVOICE** | **$74,529.20** |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 2

## ITEMIZED SERVICES BILL

## FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/20 | Prepare applications for engagement, affidavit, research conflicts for same, etc.; | JAH | 1.10 | 550.00 |
| 02/04/20 | Emails with S. Turner regarding engagement, scope, timing for response to Terry fee motion (.3), revisions to engagement docs, application, affidavit (.5) | JAH | 0.80 | 400.00 |
| 02/05/20 | Review of E. Terry motion to be paid carve-out including legal authorities cited therein (.9), begin draft of response to same (1.2), teleconference with S. Turner regarding facts of the carve-out payments and DIP order reps and disclosures, accounting and financials needed, etc. (.7), finalize retention app and attachments (.3) | JAH | 3.10 | 1,550.00 |
| 02/06/20 | Emails with Turner and Osherow regarding approval of response to E.Terry motion, filing of my retention, etc. (.2) final revisions to response to et motion (.3); teleconference with E. Terry regarding docs needed regarding his deposits of Second Avenue monies (.3); teleconference with Turner regarding Second Avenue issues and settlement negotiations, discuss financials needed to address the E. Terry issue (.5) begin work on request for financials and bank records from Second Avenue (.5) | JAH | 1.80 | 900.00 |
| 02/10/20 | Review and respond to emails from Turner regarding issues with Second Avenue, settlement posture and deadlines for objection to claim, DIP order, etc. (.5); review forwarded emails from Shelly D. regarding overview of issues w/ Second Avenue regarding DIP order and motion to reconsider, budgets, agreements made at hrg, etc. (.4); teleconference with Turner regarding conversation with Osherow, new settlement parameters, extension of deadline to object (.3), telephone call to E. Terry regarding hrg and needed items regarding carve-out issues (.6) | JAH | 1.80 | 900.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 3

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/11/20 | Review Freeborn request for payment from carve-out (.2), discuss with Osherow and Turner regarding response and setting, utility deposit argument, etc. (.3) emails with counsel regarding hrg tomorrow, Puerto Rico settlement and insurance, need for named insured, 360 issue regarding carve-out, etc. (.4) | JAH | 0.90 | 450.00 |
| 02/12/20 | Review Second Avenue response to sale and assertion of lien against proceeds (.2), meeting with counsel to discuss hrgs (.2), attend hrgs on sale and settlement issues (.7) meeting with Osherow and Turner regarding issues to address regarding carve-outs and Second Avenue, amounts to pay all admin claims, etc. (.9) | JAH | 2.00 | 1,000.00 |
| 02/13/20 | Draft response to Freeborn motion for carveout; | JAH | 0.70 | 350.00 |
| 02/17/20 | Teleconference with Scott Rose regarding document production for carve-out issue (.3), draft document production email and circulate to counsel and client for comment (.9), revisions to response to Freeborn's carve-out motion (.4), emails with Turner and Osherow regarding same (.2); | JAH | 1.80 | 900.00 |
| 02/19/20 | Emails with counsel regarding continuance of objection deadline (.2), continuance of DIP hrg (.2), teleconference with Steve regarding same and Terry documents produced (.3), emails with Autry regarding Puerto Rico issues (.1); | JAH | 0.80 | 400.00 |
| 02/20/20 | Teleconference from Turner regarding motion to continue the DIP hrg, discuss issues for possible settlement of same, reset deadline to objection to Second Avenue POC (.5), emails with Ventola and Turner regarding continuance and document production (.3) | JAH | 0.80 | 400.00 |
| 02/21/20 | Review draft motion to continue hrgs deadlines regarding Second Avenue,, including DIP order provisions cited (.7); emails with counsel regarding same and informal discovery (.3); | JAH | 1.00 | 500.00 |
| 02/24/20 | Review of final terms of Motion to Continue DIP objection deadline and POC objection deadline, emails with counsel regarding same; | JAH | 0.50 | 250.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 4

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/25/20 | Emails and teleconference with Trustee, Butler, Turner regarding resetting various matters upcoming (.8); teleconference and emails with Court staff regarding setting new hrg dates and time needed (.2); teleconference from A'Gaci employee regarding payment of claim (.2); review docket for all case settings and develop new schedule for same (.3); | JAH | 1.50 | 750.00 |
| 02/26/20 | Review email and docs from data storage co creditor (.4) discuss with trustee regarding Steve handle (.2); | JAH | 0.60 | 300.00 |
| 02/27/20 | Emails with Butler and Epstein regarding setting on the UST's fee motion (.3) Steve Turner and Trustee regarding same and to review current hrgs docketing (.2); review new admin claims filings (.4); analyze for effect on Second Ave status and document request regarding carveout (.3); | JAH | 1.20 | 600.00 |
| 02/28/20 | Emails with Ventola and Rose regarding doc requests and responses (.2); | JAH | 0.20 | 100.00 |
| 03/02/20 | Review new admin claims motions including Second Avenue; | JAH | 0.30 | 150.00 |
| 03/04/20 | Receipt of document production from Ventola, begin review of same regarding carve-out issue (1.4); teleconference with Turner regarding same, upcoming hrgs (.2); | JAH | 1.60 | 800.00 |
| 03/05/20 | Emails to/from Holt regarding Second Avenue's production, inability to access some data files (.2); teleconference with Turner regarding status of admin claims, carve-out, settlement etc. (.5); continued review of massive Second Avenue production re carve-out issues (4.6); emails with S. Rose regarding need for clarity (.2); | JAH | 5.50 | 2,750.00 |
| 03/06/20 | Continued review of Second Avenue production, comparing tiffs with text documents, inconsistencies, review of excel files, etc.; | JAH | 3.30 | 1,650.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 5

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/09/20 | Emails to/from rose, Second Avenue regarding need for documents for ex list, summary (.4); teleconference with Turner regarding same and hearing status on both carve-out motions, evidence and witnesses, discuss Trustee cash versus amount of final admin expense claims, etc (.9); emails with Butler regarding admin amounts (.1); | JAH | 1.40 | 700.00 |
| 03/10/20 | Work on affidavit for summary of Second Avenue records re carve-out hrg (.5), emails with Jonathan regarding format and FRE for summary (.3); review FRE for admissibility and authentication (.8); teleconference from Turner regarding excel spreadsheet regarding payments to admin and IOLTA, sb 360 and possible settlement of their claim (.4); emails with Eric Terry regarding hrg, stipulations, IOLTA accounts, witness and exhibits, etc (.4); | JAH | 2.40 | 1,200.00 |
| 03/11/20 | Emails with Emily and Jonathan at Choate regarding summary and affidavit for carve-out hearing (.7); review and analysis of initial summary exhibit from Second Avenue , compare with source documents (800 pages) (1.9); emails with Turner and teleconference regarding same, hearing, exhibit and witnesses (.7); emails with Trustee regarding Second Avenue status per summary and reserve account for settlement money (.4); | JAH | 3.70 | 1,850.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 6

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 03/12/20 | Review E. Terry's witness and exhibit list (.1), emails with E. Terry regarding need for certain exhibits (.2), review Gallivan's affidavit (.1) emails from Second Avenue regarding updated summary spreadsheet and answers to questions on carve-out and dates of fund transfers (.5), teleconference with Turner regarding status of Second Avenue and sb360 discussions as relate to carve-out hrgs and monies sought (.5) prepare Trustee's witness and exhibit list for 3/19 hrg (.2); review additional exhibits from E. Terry —credit agreement and security agreement of Second Avenue (1.4); review final DIP order for pre-trigger payments for case professionals and compare to funding dates from Second Avenue (.8); emails with Choate regarding source docs for E. Terry, and with Eric regarding link and password (.3); emails with Eric regarding agreement to exhibits admissibility, authenticity, need for affidavits, etc. (.4); review final revised summary and affidavit and emails with counsel regarding same (.4); | JAH | 4.90 | 2,450.00 |
| 03/16/20 | Teleconference with Turner regarding status of E. Terry hrg, exhibits, possible terms of settlement; | JAH | 0.50 | 250.00 |
| 03/17/20 | Draft agreed order on ET motion (.4); discuss with Turner and Randy (.3); emails and teleconference with ET regarding same (.3); revisions to order and final approval before upload (.2); emails with Court staff regarding telephone appearance for hrg (.1); | JAH | 1.30 | 650.00 |
| 03/18/20 | Emails with Turner regarding ET settlement and possible terms for Freeborn settlement (.2); prepare witness and exhibit list for Freeborn hrg on carve-out (.2); begin discussions and emails with Second Avenue regarding settlement conference and attendees (.3); | JAH | 0.70 | 350.00 |
| 03/19/20 | Attend hrg on ET law's motion to compel (.3) emails with ET regarding same, payment times, etc. (.2); emails and teleconference with Turner regarding status of possible settlement terms regarding Freeborn (.4); revise and email Gallivan's affidavit regarding Freeborn's carve-out for hrg next week (.1); outline case authorities for Freeborn hrg, testimony of trustee, etc. (.8); | JAH | 1.80 | 900.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 7

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 03/20/20 | Emails with Freeborn regarding settlement of carve-out (.7); teleconference with Liz J. regarding same, discuss equal treatment, etc. (.3); emails with Turner regarding same (.2); finalize exhibit list (.2); emails with Liz regarding Trustee's exhibit for hrg (.1); emails with Second Avenue regarding update of Gallivan's affidavit (.2); review and respond to numerous emails from counsel regarding settings for Wednesday, possible continuance, etc (.3); | JAH | 2.00 | 1,000.00 |
| 03/23/20 | Numerous emails with Liz regarding Freeborn settlement (.5); teleconference with Trustee, Second Avenue, sb360 regarding settlement (1.1), teleconference with Turner regarding same (.2); review Freeborn exhibits listed for hrg (.5); emails with Freeborn regarding expected Chapter 5 recoveries (.2); draft potential agreed order on Freeborn regarding carve-out (.2); review Freeborn fee app and order on same for amounts and conditions for order (.2); | JAH | 2.90 | 1,450.00 |
| 03/24/20 | Emails with Liz and counsel regarding proposed agreed order on Freeborn (.5); teleconference with Turner regarding agreed order terms and other hrgs for tomorrow (.3); revisions to same and discuss comments regarding changes made (.4); emails with court and counsel regarding resetting of hearings and agreements made, uploaded, etc. (.3); | JAH | 1.50 | 750.00 |
| 03/25/20 | Emails with counsel and Court regarding settings today, resets, agreed orders, etc. (.3); review and analyze Trustee's Form 2 regarding cash for administrative expenses, what paid and what owing, etc. (.5); emails with Turner regarding same and the trustee commissions to be paid going forward, amount from Second Avenue, etc. (.3); | JAH | 1.10 | 550.00 |
| 03/26/20 | Emails with Turner regarding setting on 4/1 regarding Second Avenue admin claim (.2); teleconference with Steve to discuss whether to oppose or reset (.3); review docket for hrgs reset to end of April and calendar exhibit deadlines (.2); | JAH | 0.70 | 350.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 8

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/27/20 | Review motion to continue regarding Second Avenue admin claim, emails with counsel regarding same (.2); discuss status of settlement discussions with Turner (.3); outline what discovery would be necessary to pursue the reconsideration and timing of same with covid-19 implications (.8); | JAH | 1.30 | 650.00 |
| 03/30/20 | Draft outline of witnesses to be deposed for Second Avenue reconsideration, document production; | JAH | 1.30 | 650.00 |
| 03/31/20 | Teleconference with Turner regarding Second Avenue settlement, issues needing trial, discovery needed, adversary rules, etc. (.5); emails with Scott and John regarding settlement terms, timing, etc. (.2); | JAH | 0.70 | 350.00 |
| 04/01/20 | Review cash collateral motion for reconsideration of DIP (.6) review cash collateral obj to 9019 for additional arguments (.3); discuss needed items with Turner (.3); draft email to Freeborn regarding cash collateral work done and results regarding the motion to reconsider DIP, paper discovery, witnesses, etc. (.3); long teleconference with Turner to discuss the document productions from Second Avenue, witnesses, prior court hrgs and plan the strategy for the DIP reconsider trial (1.1) revise email to Freeborn (.2) | JAH | 2.80 | 1,400.00 |
| 04/02/20 | Begin preparation of motion to invoke adversary rules in the motion to reconsider Second Avenue DIP order (.9); emails with counsel regarding Second Avenue settlement discussions and counter-offers (.4); | JAH | 1.30 | 650.00 |
| 04/03/20 | Emails and teleconference with Scott Rose to further discuss the proposed settlement of Second Avenue issues (.6), discuss call with Turner and next steps (.3); teleconference with Steve and Randy—discuss parameters of Second Avenue settlement terms, need for counter, 503(b)(9) claims, etc. (.5); | JAH | 1.40 | 700.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 9

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/06/20 | Teleconference from Turner to discuss the current status of Second Avenue settlement negotiations (.5); emails with Scott regarding conference call to discuss settlement (.2); conference call with Second Avenue regarding settlement (.6); teleconference with Turner to follow assignments for checking admin claims regarding reclamation, storage, etc (.3); continued work on motion to invoke adversary rules (.8); revisions to excel from Second Avenue (.3) | JAH | 2.70 | 1,350.00 |
| 04/07/20 | Emails and teleconferences with Turner regarding revisions to excel for Second Avenue, why changes and further research needed on items for settlement discussions (.9); review and revise numerous excel files for admin Chp 11, admin Chp 7, who paid when etc. regarding possible settlement (.7); emails with Scott and Steve regarding same (.4); | JAH | 2.00 | 1,000.00 |
| 04/08/20 | Emails with counsel regarding the Second Avenue settlement discussions; | JAH | 0.40 | 200.00 |
| 04/09/20 | Emails with counsel regarding Second Avenue settlement; | JAH | 0.30 | 150.00 |
| 04/10/20 | Teleconference with Scott Rose to discuss settlement terms and dynamics, Chp 5 recoveries, liens, etc. (.4); emails with counsel regarding settlement regarding Second Avenue (.3); additional calls with Scott regarding settlement negotiations (.6); emails with Steve regarding same, review spreadsheets, etc. (.5); emails from Scott review spreadsheet on legal accounting for reserve account (.3); teleconference with Steve regarding same and Monday discussions (.3); | JAH | 2.40 | 1,200.00 |
| 04/13/20 | Emails with Scott regarding settlement (.4); review preference analysis from Freeborn (.2); teleconference with Steve regarding comparing same to admin claims, defenses, etc. (3); review of new spreadsheet comparing admin reclamation claims to possible preference claims and discuss with Steve (.4); settlement conferences with Scott and Steve (.5); | JAH | 1.80 | 900.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 10

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/14/20 | Continued settlement discussions with Second Avenue — terms, outlines, moving parts, Chap 5 waterfall, etc. including numerous emails and teleconferences with counsel and trustee, negotiations and resolution; | JAH | 5.60 | 2,800.00 |
| 04/15/20 | Continued settlement negotiations with Second Avenue including numerous teleconference and emails with counsel and client (1.1), analyzing different scenarios and counteroffers (3.1), review of claims docket for issues with priority claims and subrogation (1.6); | JAH | 5.80 | 2,900.00 |
| 04/16/20 | Emails with Steve and Randy regarding IRS claims regarding settlement with Second Avenue and Waterfall (.6), teleconferences with counsel regarding continued negotiations with Second Avenue (1.1), extensive teleconferences and emails with Second Avenue and Freeborn, discuss and plan conferring agreement between sacp and fp for Chp 5 recovery disposition (1.5), teleconferences with client and counsel, etc. (.2); | JAH | 3.40 | 1,700.00 |
| 04/17/20 | Continued negotiations with Second Avenue, teleconference with them and Freeborn regarding Chp 5 issues (2.2), emails and teleconferences with client and counsel regarding offers, counters, etc. (2.2); | JAH | 4.40 | 2,200.00 |
| 04/20/20 | Emails with Scott regarding settlement with Second Avenue, status of same, committee approvals, moving terms (3.0), teleconference with Turner regarding same and Trustee's position on different aspects of the settlement, issues with SB 360, etc. (.5), numerous and extensive emails and phone calls regarding same (1.7); | JAH | 5.20 | 2,600.00 |
| 04/21/20 | Continued work on the Second Avenue settlement, numerous emails, drafts, teleconferences with all Trustee's counsel and client and accomplish settlement of terms (2.1), begin work on a 9019 for same (2.0); | JAH | 4.10 | 2,050.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 11

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 04/22/20 | Continued work on 9019 (1.1); teleconference with Scott and Liz regarding Chp 5 issues, and emails regarding same (.5); review form of joint privilege agreement and excel spreadsheets for future reporting Chp 5 (.6); emails and teleconferences with Turner regarding status and revisions to 9019, historical input, etc. (.5); revisions to 9019, prepare proposed order on 9019, etc. (.8); emails and teleconferences with Scott regarding terms of the 9019 and revisions necessary (.6); | JAH | 4.10 | 2,050.00 |
| 04/23/20 | Continued work on 9019, revisions and teleconferences (.9), emails with counsel (.5), review SACP revisions (.4), discuss with Turner and client (.6), draft agreement for Freeborn reporting to SACP regarding Chp 5 status (.5), emails with counsel regarding same (.2), review comparisons of word versions for revisions 9019, order, agreement, etc. (.5). | JAH | 3.60 | 1,800.00 |
| 04/24/20 | Continue to discuss with counsel the payment terms regarding Chp 5 share to SACP (1.0), revisions to 9019 regarding same(1.1), emails with Liz regarding Chp5 claim settlement motion (.3), numerous emails and teleconferences regarding Second Avenue and Chp 5 share (1.6), counsel client regarding same (.2); | JAH | 4.20 | 2,100.00 |
| 04/27/20 | Review Second Avenue revisions to 9019, emails regarding same (.4); make additional revisions in response (.3) discussions with counsel and client regarding final terms (.3); revisions to order approving 9019 (.2); review matrix for service (.2); emails with counsel for admin regarding resetting of hearings and date for 9019, notice, etc (.4); teleconference with Turner regarding reset dates, 21-day notice issues, uncontested motions for same, filing and mailing of 9019 (.5); prepare, review revise motion and order to continue POC objection deadline, emails regarding same (.8); prepare, review revise motion to continue DIP order reconsideration hrg, emails regarding same, combine with other motion (.7); finalize 9019 motion and order for Turner filing and service (.4); | JAH | 4.20 | 2,100.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 12

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/28/20 | Final revisions to motion to extend and comments from SACP (.4); teleconference with Turner regarding filing order of 9019, extension, fee app, etc. (.3); emails with Steve and Deanna regarding amended order on motion to extend, revise order accordingly (.3); | JAH | 1.00 | 500.00 |
| 04/29/20 | Emails with Steve and Liz regarding releases for Sierra and sb360, issues on 9019 (1.2), emails with counsel and client regarding same and reset dates for hrgs regarding DIP, etc. (.7). | JAH | 1.90 | 950.00 |
| 05/04/20 | Emails and teleconferences with counsel regarding releases for Sierra and sb360, issues regarding preferences and clawback, effect on current settlement (.8); review prior emails and Chp 5 claim list, amounts, regarding Sierra and being carved out of Chp 5 issues for settlement, releases for Sierra and sb360, fee sought by Freeborn, discuss with Steve and Randy, etc. (1.1); | JAH | 1.90 | 950.00 |
| 05/05/20 | Teleconferences and emails w/Steve regarding releases needed for 9019 (.4); draft supplement to motion to settle and order (.5); teleconference w/Steve and Scott to resolve settlement dispute regarding Sierra and sb360, releases, etc (.5); teleconference w/Liz and Steve to discuss payment for work done on Sierra, supplement to 9019, etc. (.2); teleconference w/Steve following for Trustee's approval and emails referenced in conference call (.3); emails w/Court Deputy regarding setting on the 9019 (.2), emails with other counsel for SACP, Trustee, Sierra sb360, UST, etc. to coordinate the hearing day and time and respond the to Court regarding same (.3); revise the supplement for Freeborn and Peters fee, emails and teleconference w/Liz and Steve regarding same, amount, work done, SACP approval, etc. (.6); | JAH | 3.00 | 1,500.00 |
| 05/06/20 | Emails with Steve and Scott regarding final revisions to supplement, review and revise same (.3); notice of hrg (.1); teleconference with Steve regarding same and evidentiary or not— telephonic only, proffer, etc. (.3); | JAH | 0.70 | 350.00 |
| 05/07/20 | Emails with UST, review cases cited regarding possible issues with 9019 and supplement, Sierra issues, including client and main case counsel; | JAH | 0.80 | 400.00 |

Osherow, Randolph N.
In Re: A'GACI; Case No. 19-51919K

June 4, 2020
File Number: 14121.0028
Invoice No: 502887
Page 13

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 05/08/20 | Continued emails and negotiations with UST, SACP, Sierra regarding 9019 and supplement regarding preference claims (.4); discuss with main case counsel (.5); tc and emails with Scott regarding SACP and Sierra current status and releases needed(.3); prepare outline of evidence for Sierra issue for hrg (.3); | JAH | 1.50 | 750.00 |
| 05/11/20 | Emails with counsel regarding setting 5/19 hrgs, issues with Sierra release, etc (.4); long teleconference with Steve regarding Sierra and release versus order language of the supplement to 9019, etc. (.8); | JAH | 1.20 | 600.00 |
| 05/12/20 | Emails with UST regarding Sierra release and payment (.2); teleconference with Turner re same (.3); emails and teleconference with Scott regarding Sierra status and release, etc (.5); review Order on Chp 5 settlement procedure (.1); emails with counsel regarding form of releases for sb360 and Sierra (.2); emails with Steve regarding proffer for hrg on Sierra and sb360—issues addressed (.5); | JAH | 1.80 | 900.00 |
| 05/13/20 | Emails from and to UST regarding Sierra settlement issues (.2), teleconferences and emails to Rose and Kingman regarding same (.3), teleconference with Turner regarding needed proffer, issues for hrg on 9019 and supplement (.3); | JAH | 0.80 | 400.00 |
| 05/15/20 | Emails and teleconference with Scott regarding Sierra issue, payment and claim amount, release limited (1.0), UST regarding same (.2), teleconference with Turner regarding resolution (.5); | JAH | 1.70 | 850.00 |
| 05/18/20 | Emails with SACP, Steve, etc. regarding hearings reset, need ask for 9019 approval first, emails with client regarding Sierra deal, release, etc. (.8); teleconferences with Epstein and Scott regarding Sierra deal and changes, resolution, discuss with Turner (.5); addition to proffer for 9019 hrg (.4); | JAH | 1.70 | 850.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 14

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/19/20 | Teleconference with Epstein regarding Sierra issue with SACP (.2); attend hrg – resets on DIP recon and admin claim (.2); teleconference with Steve regarding proffer and objections (.3); teleconference and emails to Scott regarding settlement Sierra and turnover, UST resolution, etc (.3); calculate possible repayment scenarios with approval of 9019, discuss with Steve (.5); revisions and additions to proffer for disputes regarding Sierra and contested issues, including legal citations (1.4); | JAH | 2.90 | 1,450.00 |
| 05/20/20 | Emails with counsel regarding terms of final deal with sierra and SACP (.3); revisions to orders on motion and supplement and discuss with Steve and Scott (.8); emails with counsel and client regarding joint interest privilege document review same (.4); emails with Liz, Randy and Scott regarding settlement of 547 (.2); teleconference with Kingman regarding Sierra opt out of 9019 (.2); | JAH | 1.90 | 950.00 |
| 05/21/20 | Emails with counsel regarding revisions to orders on 9019 and supplement (.3); teleconference from Kingman regarding problem with Sierra language, UST (.2); teleconference and emails with counsel and client to solidify final orders and review and respond to comments and proposed revisions to same(.8); teleconference with Steve regarding status and time for filing of proposed orders, tax issue, etc. (.4); additional emails with UST, Sierra and sb360 regarding terms and revisions to orders(.5); numerous email and teleconference with counsel regarding revisions to order and necessary approvals of same (1.1); | JAH | 3.30 | 1,650.00 |
| 05/22/20 | Emails with counsel regarding final versions of orders on 9019 and supplement (.2); teleconference with Turner regarding same and hrg on 26th (.3); reduce/revise proffer regarding settlement (.3); | JAH | 0.80 | 400.00 |
| 05/26/20 | Review and revise proffer for 9019 and supplement and prepare for hrgs on same (.9); teleconference with Turner regarding issues of who gets paid when under Chp 11 admins, proffer update, etc. (.3); attend hrg on 9019 and supplement (.5); post-mortem with counsel and deadlines for payments and dismissals (.4); | JAH | 2.10 | 1,050.00 |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 15

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/28/20 | Emails with counsel and court regarding pending matters set, withdrawing objections and motions, further settings, etc.; | JAH | 0.30 | 150.00 |
| | **FEES BILLED** | | | **$74,250.00** |

## ATTORNEY RECAP

| INITIALS | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| JAH | Hoffman, James A. | 500.00 | 148.50 | 74,250.00 |
| | **TOTAL** | | **148.50** | **$74,250.00** |

Osherow, Randolph N.                                    June 4, 2020
In Re: A'GACI; Case No. 19-51919K           File Number: 14121.0028
                                                                               Invoice No: 502887
                                                                               Page 16

## ITEMIZED DISBURSEMENT BILL

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 02/12/20 | Parking - Downtown (AMEX) | 15.00 |
|  | Digital Imaging | 264.20 |
|  | **TOTAL DISBURSEMENTS** | **$279.20** |

Osherow, Randolph N.  
In Re: A'GACI; Case No. 19-51919K

June 4, 2020  
File Number: 14121.0028  
Invoice No: 502887  
Page 17

BILL SUMMARY

| | |
|---|---:|
| TOTAL FEE AMOUNT | 74,250.00 |
| TOTAL EXPENSE AMOUNT | 279.20 |
| TOTAL THIS INVOICE | $74,529.20 |



**LANGLEY & BANACK**
INCORPORATED

745 EAST MULBERRY, STE 700 · SAN ANTONIO, TEXAS 78212
T 210.736.6600 · F 210.735.6889
TAX ID 74-2407279
SAN ANTONIO · CARRIZO SPRINGS · EAGLE PASS · KARNES CITY · CASTROVILLE · NEW BRAUNFELS

Randolph N. Osherow  June 4, 2020
Liquidating Trustee  Invoice: 502887
342 W. Woodlawn Ave., #300
San Antonio, TX  78212

Client No.  14121  Osherow, Randolph N.
Matter No.  0028  In Re: A'GACI; Case No. 19-51919K
Claim No.  19-51919K

**REMITTANCE COPY**

| | |
|---|---:|
| For Professional Legal Services Rendered Through May 31, 2020 | 74,250.00 |
| Disbursements and Other Charges Rendered Through May 31, 2020 | 279.20 |
| **TOTAL THIS INVOICE** | **$74,529.20** |

**Payment due upon receipt.**
**Please include client and invoice number on payment.**
**This invoice may not include expense items**
**For which we have not been billed.**